5:26-cv-00099

CSC

KSB / ALL
Transmittal Number: 34421747
Date Processed: 07/01/2026

# Notice of Service of Process

**Primary Contact:** State Farm Enterprise SOP
Corporation Service Company- Wilmington, DELAWARE
251 Little Falls Dr
Wilmington, DE 19808-1674

| | |
|---|---|
| **Entity:** | State Farm Fire and Casualty Company<br>Entity ID Number 3461650 |
| **Entity Served:** | State Farm Fire And Casualty Company |
| **Title of Action:** | Melissa Schleig vs. State Farm Fire and Casualty Company |
| **Matter Name/ID:** | Melissa Schleig vs. State Farm Fire and Casualty Company (19512286) |
| **Document(s) Type:** | Summons/Complaint |
| **Nature of Action:** | Contract |
| **Court/Agency:** | Shenandoah County Circuit Court, VA |
| **Case/Reference No:** | 171CL26000996-00 |
| **Jurisdiction Served:** | Virginia |
| **Date Served on CSC:** | 07/01/2026 |
| **Answer or Appearance Due:** | 21 Days |
| **Originally Served On:** | CSC |
| **How Served:** | Personal Service |
| Sender Information: | Silver & Brown<br>703-591-6666 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**
251 Little Falls Drive, Wilmington, Delaware 19808-1674 (888) 690-2882 | sop@cscglobal.com

EXHIBIT
1

# COMMONWEALTH OF VIRGINIA

SHENANDOAH CIRCUIT COURT
Civil Division
112 S. MAIN STREET POST OFFICE BOX 406
WOODSTOCK VA 22664-0406
(540) 459-6150

Summons

To: STATE FARM FIRE AND CASUALTY
SERVE: CORPORATION SERVICE CO
100 SHOCKOE SLIP
FLOOR 2
RICHMOND VA 23219

Case No. 171CL26000996-00

The party upon whom this summons and the attached complaint are served is hereby notified that unless within 21 days after such service, response is made by filing in the clerk's office of this court a pleading in writing, in proper legal form, the allegations and charges may be taken as admitted and the court may enter an order, judgment, or decree against such party either by default or after hearing evidence.

Appearance in person is not required by this summons.

Done in the name of the Commonwealth of Virginia on, Tuesday, June 23, 2026

Clerk of Court: KARLA S ORTTS

by ______________________
(CLERK/DEPUTY CLERK)

Instructions: SUMMONS WITH COMPLAINT ATTACHED HERETO FOR SERVICE

Hearing Official:

Attorney's name: LAWSON, ERIK B
10621 JONES ST
SUITE 101
FAIRFAX VA 22030

VIRGINIA:

IN THE CIRCUIT COURT OF SHENANDOAH COUNTY

MELISSA SCHLEIG,
287 W King Steet
Strasburg, Virginia 22657

ANTHONY SCHLEIG,
287 W King Steet
Strasburg, Virginia 22657

Plaintiffs,

v. Case No.: CL26-996

STATE FARM FIRE AND CASUALTY COMPANY,
Serve: Corporation Service Company
100 Shockoe Slip
Fl 2
Richmond, Virginia 23219

Defendant.

RECEIVED & FILED
2026 JUN 22 P 1:48
CIRCUIT COURT CLERK'S OFFICE
SHENANDOAH COUNTY, VA
KARLA S. ORTTS, CLERK
BY ________ D.C.

__COMPLAINT__

The Plaintiffs, Melissa and Anthony Schleig ("Schleig," "Plaintiffs," or "Insureds"), by counsel, files this Complaint against the Defendant, State Farm Fire and Casualty Company ("State Farm," "Defendant," or "Insurer"), and in support thereof state as follows:

__FACTS COMMON TO ALL COUNTS__

1. The Plaintiffs, Melissa Schleig and Anthony Schleig, are homeowners who own a home at 287 W. King Street, Strasburg, Virginia.

2. Defendant, State Farm Fire and Casualty Company issued a policy of insurance to the Plaintiffs, which includes, in relevant part, forms and declaration attached as __Exhibit A-0 and Exhibit A-1__.

3. The policy of insurance, by its terms, covers the Plaintiffs, Melissa Schleig's and Anthony Schleig's home at 287 W. King Street, Strasburg, Virginia against risks of loss during the policy period of 11/08/24 to 11/08/25.

4. The Plaintiffs made a claim on State Farm for coverage for roof, chimney and interior damage sustained during the policy period from a covered storm that occurred on or about June 25, 2025, although the claims documentation sometimes used incorrect dates for the storm.

5. State Farm inspected the property and found that the roof and interior of the property had been damaged by a wind and hail storm.

6. Wind and hail are covered causes of loss under the policy.

7. The Insured provided an estimate of the damage to the roof and interior of the property with a replacement cost of $223,328.31. See Exhibit B.

8. State Farm's vendor provided an estimate of the damage to the roof and interior of the property with a replacement cost of $143,278.79, but State Farm only paid $26,500.65. See Exhibit C-1 and C-2.

9. The Insureds, through a public adjuster, submitted photographs, estimates, and information demonstrating that the roof, chimney and interior damage estimate prepared by State Farm was disputed as to the amount of loss, being different in scope and price.

10. After information and estimates were exchanged, the dispute as to the amount of the loss remained.

11. Specifically, there is a dispute as to the scope of the damage as well as the repairability and repair methodology of the damage.

12. The amount of loss is in dispute.

13. At all times relevant hereto, the Policy was in full effect and all premiums on the Policy had been fully paid.

14. The Insureds have satisfied all conditions precedent to bringing this action and have met all of the Insureds' obligations due under the Policy. Alternatively, the Insurer has waived all conditions necessary to the filing of this suit or is estopped to rely thereon.

## COUNT I - BREACH OF CONTRACT

*(Specific Performance / Declaratory Judgment to Compel Appraisal)*

15. The allegations of paragraphs 1-14 are incorporated herein.

16. Under the policy of insurance, the parties agreed to appraise disputes as to the amount of loss, without waiving coverage defenses. The policy states:

**SECTION I – CONDITIONS**

...

4. **Appraisal.** If ***you*** and ***we*** fail to agree on the amount of loss, either party can demand that the amount of the loss be set by appraisal. Only ***you*** or ***we*** may demand appraisal. A demand for appraisal must be in writing. ***You*** must comply with **SECTION I – CONDITIONS**, **Your Duties After Loss** before making a demand for appraisal.

a. Each party will select a competent, disinterested appraiser and notify the other party of the appraiser's identity within 20 days of receipt of the written demand for appraisal.
b. The appraisers will first select a competent and disinterested umpire. If the appraisers are unable to agree upon an umpire within 15 days:

(1) ***you*** or ***we*** may make a written application for the appointment of an umpire, to the judge of the circuit court of the county or city in which the damaged property was located at the time of loss;
(2) the party requesting the selection described in item b.(1) must first provide a copy of the application:
(a) to ***us*** or ***our*** agent, if the application is filed by ***you***; or
(b) to ***you***, if the application is filed by ***us***; and
(3) upon showing, by affidavit or otherwise, the failure or neglect of the appraisers to agree upon and select an umpire within the time specified in the policy, the judge shall upon 21 days' notice to all parties appoint a competent and disinterested person to serve as umpire in determining the amount of loss or damage sustained.

c. The appraisers will then attempt to set the amount of the loss of each item in dispute as specified by each party, and jointly submit to each party a written report of agreement signed by them. In all instances the written report of agreement will be itemized and state separately the actual cash value and loss to each item in dispute.

The written report of agreement will set the amount of the loss of each item in dispute and will be binding upon ***you*** and ***us***.
d. If the two appraisers fail to agree upon the amount of the loss, they will submit their differences to the umpire.
A written report of agreement, as required in item c., signed by any two (appraisers or appraiser and umpire) will set the amount of the loss of each item in dispute and will be binding upon ***you*** and ***us***. In all instances the written report of agreement will be itemized and state separately the actual cash value and loss to each item in dispute.
e. Each party will be responsible for the compensation of their selected appraiser. Reasonable expenses of the appraisal and the reasonable compensation of the umpire will be paid equally by ***you*** and ***us***. If the written demand is made by ***us***, then ***we*** will reimburse ***you*** for the reasonable cost of ***your*** appraiser and ***your*** portion of the cost of the umpire.

17. The appraisal language in the policy does not conform to the minimum policy standards set forth under Virginia law governing first party property insurance.

18. Va. Code § 38.2-2105 requires that all residential policies of insurance sold in Virginia contain the following minimum appraisal language:

> **Appraisal.**
>
> In case the insured and this Company shall fail to agree as to the actual cash value or the amount of loss, then, on the written demand of either, each shall select a competent and disinterested appraiser and notify the other of the appraiser selected within twenty days of such demand. The appraisers shall first select a competent and dis-interested umpire; and failing for fifteen days to agree upon such umpire, then, on request of the insured or this Company, such umpire shall be selected by a judge of a court of record in the state in which the property covered is located. The appraisers shall then appraise the loss, stating separately actual cash value and loss to each item; and, failing to agree, shall submit their differences, only, to the umpire. An award in writing, so itemized, of any two when filed with this Company shall determine the amount of actual cash value and loss. Each appraiser shall be paid by the party selecting him and the expenses of appraisal and umpire shall be paid by the parties equally; provided, however, if the written demand is made by this Company, then the insured shall be reimbursed by this Company for the reasonable cost of the insured's appraiser and the insured's portion of the cost of the umpire.

19. Appraisal is a form of binding alternative dispute resolution that determines the "amount of loss" and "actual cash value" attributable to a cause of loss and is not limited to valuation, but encompasses issues of scope and repairability as well.

20. The Plaintiffs demanded appraisal of the roof, chimney and interior damage and selected their appraiser as required by the policy. See **Exhibit D**.

21. The Defendant refused to select an appraiser or participate in the appraisal process, claiming that while the hail and wind damaged the roof, any additional damage beyond State Farm's estimate was caused by wear and tear instead of hail or wind, and they would not be considering any differences in the amount of loss. See **Exhibit E**.

22. In doing so, State Farm relied on its policy language that is less favorable to insureds than the minimum policy language required under Va. Code 38.2-2105.

23. Differences as to the scope of damage and the repairability of damage constitute a dispute as to the amount of damage to the roof, the amount of loss sustained, and the cost to repair or replace that damage, which are appraisable under the policy.

24. The policy covers wind and hail damage to worn and torn building elements and provides that an insured may initially make a claim for the actual cash value (being the replacement cost value, less depreciation due to wear and tear) of a damaged building element and then, upon repair or replacement, recover the balance of the full replacement cost value without depreciation for wear and tear.

25. Appraisal is a cheap, fast, and effective way of resolving disputed insurance claims.

26. State Farm's refusal to appraise the amount of loss constitutes a breach of the policy and forces the insureds to litigate its dispute as to the amount of loss instead of taking

advantage of the streamlined alternative dispute resolution procedure set forth in the policy. Because the parties agreed to submit disputes as to the amount of loss to appraisal, litigation is in an inadequate remedy at law for State Farm's breach of the appraisal agreement.

27. An insurance company that refuses to appraise the amount of loss with respect to a covered cause of loss fails to act in good faith and is therefore liable to the insureds for its attorney's fees under Va. Code 38.2-209 in a suit to compel an insurer's performance of the appraisal procedure.

28. The insureds are entitled to an order declaratory of their right to appraisal and/or compelling the insurer to specifically perform its obligations under the appraisal procedure set forth in the policy and the Code cited above.

WHEREFORE the Plaintiffs Melissa Schleig and Anthony Schleig request that this Court enter an Order which:

- requires that the appraisal is compelled to occur with the Insureds choice of Ed Walsh as their appraiser, or such other appraiser as the Insureds designate, and further holding that the amount of loss shall be set by appraisal;

- requires State Farm Fire and Casualty Company to identify a competent and disinterested and impartial appraiser to the Petitioners within 5 days of the date of this Order;

- requires the parties to direct their appraisers to promptly meet and appraise the amount of loss;

- holds that disputes, if any, between the appraisers be submitted to a competent, disinterested and impartial umpire selected by the two appraisers;

- further holds that the signature of any two of the appraisers and/or umpire shall be conclusive as to the amount of loss;
- further holds that this Court retains jurisdiction over this matter should the appraisers be unable to select an umpire, and for action on the appraisal award if necessary;
- awards the Plaintiffs their attorney's fees pursuant to Va Code 38.2-209;
- stays this litigation pending the outcome of the appraisal; and
- grants such other and further relief as this Court deems just and mete.

**COUNT II - BREACH OF CONTRACT**
*(In the alternative to Count I)*

29. The allegations of paragraphs 1-14 are incorporated herein.

30. The Plaintiffs' claim has been wrongfully, partially denied by State Farm.

31. State Farm's partial denial is a breach of the policy of insurance.

32. The denial waives any other conditions precedent to payment.

33. The Plaintiffs sustained damages of $223,328.31 caused by covered perils during the policy period and which State Farm is obligated to pay.

34. In addition the Plaintiffs sustained loss of use damages in the anticipated amount of $20,000.

35. State Farm breached the policy by failing to pay the Plaintiffs the full value of their claim and denying their demand to appraise the dispute as to the amount of loss.

36. State Farm has failed to act in good faith under Va. Code 38.2-209 by forcing its insureds to file suit to recover their claim instead of appraising the amount of the loss or paying the claim and, therefore, owes its insureds their attorney's fees and costs.

WHEREFORE the Plaintiffs Melissa Schleig and Anthony Schleig requests that this Court enter an Order of Judgment in the amount of TWO HUNDRED FORTY THREE THOUSAND THREE HUNDRED TWENTY EIGHT AND 31/100 DOLLARS ($243,328.31), less any prior payments or deductibles, on this claim against State Farm Fire and Casualty Company, plus pre- and post- judgment interest, and attorney's fees and costs under Va. Code 38.2-209.

MELISSA SCHLEIG
ANTHONY SCHLEIG
By Counsel

Erik B. Lawson, Esquire
Va. State Bar No.: 79656
C. Thomas Brown, Esquire
Va. State Bar No.: 23412
SILVER & BROWN
10621 Jones Street, Suite 101
Fairfax, Virginia 22030
(703) 591-6666
(703) 591-5618 – Facsimile
*Counsel for Plaintiff*
erik@virginia-lawyers.net
tom@virginia-lawyers.net

# EXHIBIT A-0

StateFarm®

State Farm Fire and Casualty Company

# Premium Notice

**Declarations**

Premium: $2,455.00
Amount paid: $0.00
Credit amount: $

**Amount due: $2,455.00**
**Due date: 12/08/2024**

UNITED BANK INC AND ITS SUCCESSORS
ISAOA/ATIMA
4100 MONUMENT COR DR STE 100
FAIRFAX, VA 22030-8610

**Policy number:** 46-GB-F258-3
**Billing period from:** 11/08/2024
**to:** 11/08/2025

## State Farm agent

**Mormann, Aaron**

(540)465-3879

**Agent code:** 2AE7

## Location of residence premises

287 W KING ST
STRASBURG, VA 22657-1926

## Important messages

This is the only notice you will receive. *Your canceled check is your receipt.*

**Please make check payable to State Farm® and return it with this entire page or only the payment slip below.**

When you provide a check as payment, you authorize us either to use the information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. When we use information from your check to make an electronic funds transfer, funds may be withdrawn from your account as soon as the same day we receive your payment, and you will not receive your check back from your financial institution.

**Thanks for letting us serve you!**

559-918.5
Prepared: 11-04-2024

1000007 2024 127534 224 11-22-2023
Page 1 of 3

Please cut on line to send payment slip only or fold to send the entire page. Face outward the panel below in a #10 window envelope.

| Ways to pay | Online | Mobile | Call | Mail | Agent |
| --- | --- | --- | --- | --- | --- |
| | statefarm.com/pay | State Farm mobile app | 1-800-440-0998 | Send us a check | Visit or call (540)465-3879 |

StateFarm®

**Insured's name:** SCHLEIG, ANTHONY L

**Policy number:** 46-GB-F258-3

*Please make check payable to* **State Farm.**

**Policy type:** Homeowners Policy
Loan Number: [redacted]

**Amount due: $2,455.00**

**Please pay by 12/08/2024.**

State Farm
Lender Service Center - Payments
PO Box 650436
Dallas, TX 75265-0436

Agent issued
Prepared: 11-04-2024

StateFarm®

Coverage afforded by this policy is provided by:
**State Farm Fire and Casualty Company**
PO Box 88049
Atlanta GA 30356-9901

*A Stock Company with Home Offices in Bloomington, Illinois.*

# Declarations

We will provide the insurance described in this policy in return for the premium and compliance with all applicable provisions of this policy.

**Policy number:** 46-GB-F258-3
**Effective date from:** 11/08/2024 **to:** 11/08/2025 **(Policy period - 12 months)**
*The Policy Period begins and ends at 12:01 a.m. Standard Time at the residence premises.*

**Location of residence premises:** 287 W KING ST
STRASBURG, VA 22657-1926

**Named insured and mailing address:** SCHLEIG, ANTHONY L
792 CHRISTIANSEN DR
STRASBURG, VA 22657-2858

## Mortgagee and additional interests

**MORTGAGEE**
UNITED BANK INC AND ITS SUCCESSORS ISAOA/
ATIMA
4100 MONUMENT COR DR STE 100
FAIRFAX, VA 22030-8610

Loan Number: [redacted]

## Coverages and limits

**Policy type:** Homeowners Policy

**Limit of Liability - Section I**

| Coverage | Limit |
|---|---|
| Dwelling (Coverage A) | $688,000 |

A1 - Replacement Cost - Similar Construction

Increased Dwelling Up to $137,600 - Option ID

## Deductibles

**Section I Deductible:** 1/2% $3,440

**All losses -** In case of loss under this policy, the deductible will be applied per occurrence and will be deducted from the amount of the loss. Other deductibles may apply - refer to your policy.

**Policy premium $ 2,455.00**

## Forms, Options, and Endorsements

Back-Up Sewer/Drain - Dwelling/Contents, Coverage A limit

HW 2146 Homeowners Policy

Building Ordinance or Law - Option OL (% of Coverage A)

## Automatic renewal

If the Policy Period is shown as 12 months, this policy will be renewed automatically subject to the premiums, rules and forms in effect each succeeding policy period. If this policy is terminated, we will give you and the Mortgagee/Lienholder written notice in compliance with the policy provisions or as required by law.

## State Farm agent

**Mormann, Aaron**
113 E King St
STRASBURG, VA 22657-2238

(540)465-3879

Agent code: 2AE7

# EXHIBIT A-1

StateFarm®

This policy is one of the broadest forms available today, and provides you with outstanding value for your insurance dollars. However, we want to point out that every policy contains limitations and exclusions. Please read your policy carefully, especially "Losses Not Insured" and all exclusions.

# State Farm® Homeowners Policy

**Virginia**
HW-2146.1

## HOMEOWNERS POLICY
## TABLE OF CONTENTS


AGREEMENT ..... 1
DEFINITIONS ..... 1
DEDUCTIBLE ..... 4
SECTION I – PROPERTY COVERAGES ..... 4
COVERAGE A – DWELLING ..... 4
Dwelling ..... 4
Other Structures ..... 4
Property Not Covered ..... 5
COVERAGE B – PERSONAL PROPERTY ..... 5
Property Covered ..... 5
Special Limits of Liability ..... 5
Property Not Covered ..... 6
COVERAGE C – LOSS OF USE ..... 6
Additional Living Expense ..... 6
Fair Rental Value ..... 7
Prohibited Use ..... 7
SECTION I – ADDITIONAL COVERAGES ..... 7
Debris Removal ..... 7
Temporary Repairs ..... 7
Trees, Shrubs, and Other Plants ..... 7
Fire Department Service Charge ..... 8
Property Removed ..... 8
Credit Card, Bank Fund Transfer Card, Forgery, and Counterfeit Money ..... 8
Power Interruption ..... 8
Refrigerated Products ..... 8
Arson Reward ..... 9
Volcanic Action ..... 9
Collapse ..... 9
Locks and Remote Devices ..... 10
Fuel Oil Release ..... 10
Tear Out ..... 10
Home Certification ..... 10
Bed Bugs ..... 11
INFLATION COVERAGE ..... 11
SECTION I – LOSSES INSURED ..... 11
COVERAGE A – DWELLING ..... 11
COVERAGE B – PERSONAL PROPERTY ..... 11
SECTION I – LOSSES NOT INSURED ..... 13
SECTION I – LOSS SETTLEMENT ..... 16
COVERAGE A – DWELLING ..... 16
A1 – Replacement Cost Loss Settlement Similar Construction ..... 16
A2 – Replacement Cost Loss Settlement – Common Construction ..... 16
COVERAGE B – PERSONAL PROPERTY ..... 17
B1 – Limited Replacement Cost Loss Settlement ..... 17
B2 – Depreciated Loss Settlement ..... 17
SECTION I – CONDITIONS ..... 18
Insurable Interest and Limit of Liability ..... 18
Your Duties After Loss ..... 18
Loss to a Pair or Set ..... 18
Appraisal ..... 18
Other Insurance ..... 19
Suit Against Us ..... 19
Our Option ..... 19
Loss Payment ..... 19
Abandonment of Property ..... 19
Mortgagee Clause ..... 19
No Benefit to Bailee ..... 20
Recovered Property ..... 20
Assignment of Claim ..... 20
Loss Clause ..... 20
SECTION II – LIABILITY COVERAGES ..... 20
COVERAGE L – PERSONAL LIABILITY ..... 20
COVERAGE M – MEDICAL PAYMENTS TO OTHERS ..... 20


©, Copyright, State Farm Mutual Automobile Insurance Company, 2023

SECTION II – ADDITIONAL COVERAGES ............21
Claim Expenses ............21
First Aid Expenses ............21
Damage to Property of Others ............21
SECTION II – EXCLUSIONS ............22
SECTION II – CONDITIONS ............24
Limit of Liability ............24
Severability of Insurance ............24
Duties After Loss ............24
Coverage M Requirements ............24
Payment of Claim – Coverage M or Damage to Property of Others ............25
Suit Against Us ............25
Bankruptcy of an Insured ............25
Judgments Returned Unsatisfied ............25
Other Insurance – Coverage L ............25
SECTION I AND SECTION II – CONDITIONS ............25
Policy Period ............25
Concealment or Fraud ............25
Liberalization Clause ............25
Waiver or Change of Policy Provisions ............25
Cancellation ............25
Nonrenewal ............26
Assignment of Policy ............26
Subrogation and Reimbursement ............26
Death ............27
Modification of Terms ............27
Premium ............27
Right to Inspect ............27
Joint and Individual Interests ............28
Change of Policy Address ............28
Our Rights Regarding Claim Information ............28
Duties Regarding Claim Information ............28
OPTIONAL POLICY PROVISIONS ............29
Option AI – Additional Insured ............29
Option BP – Business Property ............29
Option BU – Business Pursuits ............29
Option FA – Firearms ............30
Option ID – Increased Dwelling Limit ............30
Option IO – Business Occupancy ............30
Option JF – Jewelry and Furs ............32
Option OL – Building Ordinance or Law ............32

©, Copyright, State Farm Mutual Automobile Insurance Company, 2023

# HOMEOWNERS POLICY

## AGREEMENT

***We*** agree to provide the insurance described in this policy:

1. based on ***your*** payment of premium, in a form acceptable to ***us***, for the coverages ***you*** chose;
2. based on ***your*** compliance with all applicable provisions of this policy; and
3. based on the information ***you*** have given ***us*** and ***your*** statements in this agreement.

***You*** agree, by acceptance of this policy, that:

1. ***you*** will pay premiums when due and comply with the provisions of this policy;
2. the statements in this agreement are ***your*** statements and are true;
3. ***we*** insure ***you*** on the basis ***your*** statements are true; and
4. this policy contains all of the agreements between ***you*** and ***us*** and any of ***our*** agents.

Unless otherwise indicated in the application, ***you*** state that during the five years preceding the time of ***your*** application for this insurance ***you*** have not had any losses, insured or not.

When ***you*** request changes to this policy, or the information or factors used to calculate the premium for this policy changes during the policy period, ***we*** may adjust the premium in accordance with the change during the policy period and ***you*** must pay any additional premium due within the time ***we*** specify.

## DEFINITIONS

***We*** define the following words and phrases for use throughout this policy. These definitions apply to the singular, plural, and possessive forms of these words and phrases. Defined words and phrases are printed in bold italics.

1. ***"aircraft"*** means any machine or device capable of atmospheric flight, including hobby or model aircraft, drones, self-propelled missiles, and spacecraft.
2. ***"bodily injury"*** means bodily harm, sickness, or disease to a person. This includes required care, loss of services, and death resulting therefrom.
3. ***"business"*** means any full-time or part-time activity, trade, profession, employment, or occupation, including:
   a. farming (meaning the use of land and buildings primarily for agricultural purposes with the objective of growing crops or raising animals to produce food for sale or distribution to the public);
   b. child care services;
   c. the rental of the whole or a part of the ***residence premises*** by an ***insured***; or
   d. the ***business*** use of a part of the ***insured location***.

   It does not matter whether it is continuous or regular, is a secondary or supplemental source of income, or is an ***insured's*** principal means of livelihood. Profit and profit motive are irrelevant.

   ***Business*** does not include:

   a. volunteer activities for a not-for-profit or non-profit organization or public agency for which no money is received other than payment of expenses;
   b. incidental and infrequent personal economic activity such as a hobby, garage or yard sale, or traditional farm activities when the farm products are intended only for the personal use of the ***insured***;
   c. the ownership, maintenance, or use of systems and equipment used to generate electrical power, if:
      (1) the power generated is intended primarily for consumption on the ***residence premises***; and
      (2) any resulting income is incidental, including but not limited to:
         (a) utility bill credits; or
         (b) incidental income;


©, Copyright, State Farm Mutual Automobile Insurance Company, 2023

derived from sending excess power back to the electricity grid;

d. ownership of the ***residence premises*** by the person or organization shown in the ***Declarations*** as Additional Insured;

e. the rental of the whole or a part of the ***residence premises*** for lodging purposes:

(1) for no more than 30 nights; or

(2) generating no more than $2,500 in revenue;

during the policy term;

f. the rental or holding for rental of a part of the ***residence premises*** for no more than two roomers or boarders for use as a primary residence;

g. the rental of a part of the ***residence premises*** as a private garage;

h. the rental of a part of the ***residence premises*** as an office, school, or studio;

i. the rental of the ***residence premises*** when the ***dwelling*** is a two, three, or four family dwelling and ***you*** occupy one part and rent the other part to others;

j. an ***insured's*** use of the ***residence premises*** for remote work under an agreement with the ***insured's*** employer; or

k. the rental of farm land (without buildings) to others, but not to exceed a total of 500 acres, regardless of the number of locations.

4. ***"Declarations"*** means the policy ***Declarations***, any amended ***Declarations***, the most recent renewal ***Declarations***, an Evidence of Insurance form, or any endorsement changing any of these.

5. ***"dwelling"*** means the building structure on the ***residence premises*** shown in the ***Declarations*** that is used as the primary private residence and includes structures attached to the ***dwelling***.

6. ***"fixtures"*** means permanently installed components of the ***dwelling*** or other structures including:

a. wells;

b. plumbing systems;

c. pumps;

d. air conditioning equipment, systems and their parts;

e. heating equipment, systems and their parts;

f. hot water heaters;

g. lighting systems; and

h. built-in appliances and other components where removal would deface or damage the ***dwelling***.

7. ***"hovercraft"*** means a self-propelled air cushioned vehicle that can travel over land and water.

8. ***"insured"*** means:

a. ***you***;

b. ***your relatives***; and

c. any other person under the age of 21 in the care of a person described above.

Under Section II, ***insured*** also means:

d. the person or organization legally responsible for animals or watercraft to which this policy applies. However, the animal or watercraft must be owned by ***you*** or a person included in 8.b. or 8.c. above. A person or organization using or having custody of these animals or watercraft in the course of their ***business*** or employment, or without permission of the owner, is not an ***insured***; and

e. with respect to any ***motor vehicle***, ***recreational motor vehicle***, ***hovercraft***, or watercraft to which this policy applies, any ***residence employee*** while engaged in the duties of their employment.

9. ***"insured location"*** means:

a. the ***residence premises*** shown in the ***Declarations***;

b. the part of any other premises, other structures, and grounds used by ***you*** as a residence. This includes premises, structures, and grounds ***you*** acquire while this policy is in effect for ***your*** use as a residence;

c. any premises used by ***you*** in connection with the premises included in 9.a. or 9.b. above;


©, Copyright, State Farm Mutual Automobile Insurance Company, 2023

d. any part of a premises not owned by an ***insured*** but where an ***insured*** is temporarily residing;

e. land owned by or rented to an ***insured*** on which a one or two family dwelling is being constructed as a residence for an ***insured***;

f. individual or family cemetery plots or burial vaults owned by an ***insured***;

g. any part of a premises occasionally rented to an ***insured*** for purposes other than ***business***;

h. unimproved land, other than farm land, owned by or rented to an ***insured***.

In addition, the unimproved land as described above may include the following improvements if used solely for the personal use of the ***insured***: fences, corrals, boat docks, tool sheds, barns, grain bins, or similar structures, but not a residence; or

i. farm land (without buildings), rented or held for rental to others, but not to exceed a total of 500 acres, regardless of the number of locations.

10. ***"loss insured"*** means a loss as described under **SECTION I – LOSSES INSURED, COVERAGE A – DWELLING** and **SECTION I – LOSSES INSURED, COVERAGE B – PERSONAL PROPERTY**.

11. ***"motor vehicle"*** means a vehicle that is self-propelled or designed for self-propulsion and is designed or licensed for use on public roads.

12. ***"occurrence"***, when used in Section II of this policy, means an accident, including accidental exposure to conditions, which first results in:

a. ***bodily injury***; or

b. ***property damage***;

during the policy period. All ***bodily injury*** and ***property damage*** resulting from one accident, series of related accidents, or from continuous or repeated exposure to the same general conditions is considered to be one ***occurrence***.

13. ***"property damage"*** means physical damage to or destruction of tangible property, including loss of use of this property.

14. ***"recreational motor vehicle"*** means a vehicle designed for recreational use off public roads and not subject to motor vehicle registration.

15. ***"relative"*** means any person related to ***you*** by:

a. blood;

b. adoption;

c. marriage; or

d. civil union, domestic partnership, or other substantially similar legal relationship that is recognized and valid in the state where, and at the time when, the legal relationship was established;

and who resides primarily with ***you***.

16. ***"residence employee"*** means an employee of an ***insured***, or an employee leased to an ***insured*** by a labor leasing firm under an agreement between an ***insured*** and the labor leasing firm, who performs duties, including household or domestic services, in connection with the maintenance or use of the ***residence premises***. This includes employees who perform similar duties elsewhere for ***you***. This does not include employees while performing duties in connection with the ***business*** of an ***insured***.

17. ***"residence premises"*** means:

a. the one, two, three, or four family dwelling, other structures and grounds where ***you*** reside and which is shown in the ***Declarations***; or

b. that part of any other building structure occupied by ***you*** for residential purposes.

18. ***"State Farm Companies"*** means one or more of the following:

a. State Farm Mutual Automobile Insurance Company;

b. State Farm Fire and Casualty Company; and

c. subsidiaries or affiliates of either 18.a. or 18.b. above.

19. ***"vacant dwelling"*** means:

a. a dwelling:

(1) that has not been occupied as a residence for more than 30 consecutive days immediately before the loss; and

(2) where a predominant amount of the Named Insured's personal property has been removed or is absent such that the dwelling


©, Copyright, State Farm Mutual Automobile Insurance Company, 2023

is not functional as a habitual place of residence.

A dwelling will be considered occupied only if it is being used as a habitual place of residence with ***your*** knowledge and approval.

b. A dwelling that is under construction will not be considered a ***vacant dwelling***. A dwelling is under construction when it is:

(1) being built as a new structure;

(2) being repaired due to damage otherwise covered by this policy; or

(3) undergoing improvements, renovations, remodeling, repairs, or modifications;

and the construction results in continuing activities by persons associated with the construction project at the premises during the relevant time periods.

20. ***"we"***, ***"us"***, and ***"our"*** mean the Company shown in the ***Declarations***.

21. ***"you"*** and ***"your"*** mean the person or persons shown as "Named Insured" in the ***Declarations***. If a "Named Insured" shown in the ***Declarations*** is a human being, then ***you*** and ***your*** include:

a. a spouse of a Named Insured;

b. a party to a civil union with a Named Insured;

c. a domestic partner of a Named Insured; or

d. a person in a substantially similar legal relationship with a Named Insured;

if such relationship is recognized and valid in the state where, and at the time when, the legal relationship was established, so long as the person in the above relationship resides primarily with that Named Insured.

## DEDUCTIBLE

In case of loss under this policy, ***we*** will pay, subject to specified policy limits, only that part of the amount of the loss that exceeds the deductible amount shown in the ***Declarations***. Deductibles will be applied per occurrence. Deductibles apply to specific losses as described in this policy.

## SECTION I – PROPERTY COVERAGES

### COVERAGE A – DWELLING

1. **Dwelling.** ***We*** cover the ***dwelling***, including its ***fixtures***, located on the ***residence premises*** shown in the ***Declarations***. ***We*** also cover the materials and supplies located on or adjacent to the ***residence premises*** for use in the construction, alteration, or repair of the ***dwelling*** or other structures located on the ***residence premises*** shown in the ***Declarations***.

2. **Other Structures.** ***We*** cover other structures, including their ***fixtures***, located on the ***residence premises*** shown in the ***Declarations*** and separated from the ***dwelling*** by clear space. Structures connected to the ***dwelling*** by only a fence, utility line, or similar connection are considered to be other structures. The Other Structures limit of liability will be no less than 10% of the Dwelling limit of liability.

***We*** do not cover other structures:

a. used either completely or in part for ***business*** purposes unless such use consists solely of office space for paperwork, computer work, or use of a telephone, and consists solely of activities that are:

(1) duties of the ***insured's*** employment by another; and

(2) performed solely by the ***insured***; or

b. rented or held for rental unless:

(1) rented to a person who is a roomer, boarder, or tenant of the ***dwelling;***

(2) rented for use solely as a private garage; or

(3) rented either completely or in part, for exclusive use as a residence:

(a) for no more than 30 nights; or

(b) generating no more than $2,500 in revenue;


©, Copyright, State Farm Mutual Automobile Insurance Company, 2023

during the policy term.

3. **Property Not Covered.** ***We*** do not cover:

   a. land, including the land necessary to support any Coverage A property. ***We*** also do not cover:

      (1) any costs required to replace, rebuild, stabilize, or otherwise restore the land; or

      (2) the costs of repair techniques designed to compensate for or prevent land instability to any property, whether or not insured under Coverage A; or

   b. trees, shrubs, plants, or lawns, except as provided in **SECTION I – ADDITIONAL COVERAGES, Trees, Shrubs, and Other Plants.**

**COVERAGE B – PERSONAL PROPERTY**

1. **Property Covered.**

   a. ***We*** cover personal property owned or used by an ***insured*** while it is anywhere in the world. At ***your*** request, ***we*** will cover personal property:

      (1) owned by others while the property is on the part of the ***residence premises*** occupied exclusively by an ***insured***;

      (2) owned by a guest or a ***residence employee***, while the property is in any other residence occupied by an ***insured***;

      (3) owned by a ***residence employee*** while the ***residence employee*** is engaged in the service of an ***insured*** and the property is in the physical custody of the ***residence employee***; and

      (4) owned by roomers, boarders, tenants, and other residents, any of whom are related to ***you***.

   b. ***We*** cover personal property usually located at an ***insured's*** residence, other than the ***residence premises***, for up to $1,000 or 10% of the Coverage B limit, whichever is greater. This limitation does not apply to personal property:

      (1) in a newly acquired principal residence for the first 30 days after ***you*** start moving the property there. If the ***residence premises*** is a newly acquired principal residence, personal property in ***your*** immediate past principal residence is not subject to this limitation for the first 30 days after the inception of this policy; and

      (2) of a student who is an ***insured*** while located at a residence away from the ***residence premises***.

**Special Limits of Liability.** These limits do not increase the Coverage B limit. The special limit for each of the following categories is the total limit for each loss for all property in that category:

a. $200 on money, coins, and medals, including any of these that are a part of a collection, bank notes, bullion, gold other than goldware or gold-plated ware, silver other than silverware or silver-plated ware, and platinum;

b. $1,500 on ***business*** property, including merchandise held as samples or for sale or for delivery after sale, while on the ***residence premises***. This coverage is limited to $750 on such property away from the ***residence premises***.

   Electronic data processing system equipment or the recording or storage media used with that equipment is not included under this coverage, and is addressed in item c. below;

c. $10,000 on ***business*** property that is electronic data processing system equipment, including but not limited to computers, tablets, mobile personal communication equipment, global positioning systems, mobile personal electronic devices used for the reproduction of sound, and standard media or non-media equipment for use with the above devices;

d. $1,500 on securities, checks, cashiers checks, travelers checks, money orders, gift certificates, gift cards, rechargeable debit cards, phone cards, and other negotiable instruments, accounts, deeds, evidences of debt, letters of credit, notes other than bank notes, manuscripts, passports, and tickets;

e. $1,500 on watercraft of all types and outboard motors, including their trailers, furnishings, and equipment. This limit does not apply to rowboats or canoes;

f. $1,500 on trailers not used with watercraft;


©, Copyright, State Farm Mutual Automobile Insurance Company, 2023

g. $2,500 on stamps, including any of these that are a part of a collection;

h. $2,500 for loss by theft of firearms; and

i. $1,500 for loss by theft of jewelry, watches, fur garments and garments trimmed with fur, and precious and semi-precious stones.

2. **Property Not Covered.** ***We*** do not cover:

a. articles separately described and specifically insured in this or any other insurance;

b. animals, birds, or fish;

c. any ***motor vehicle***, motorized bicycle, or ***hovercraft***, including permanently installed parts. This does not apply to ***motor vehicles***, motorized bicycles, or ***hovercraft*** which are:

(1) vehicles used to service the ***residence premises***;

(2) utility trailers that are not licensed for road use; or

(3) electric mobility devices designed for assisting persons with disabilities;

d. any electronic equipment that is permanently installed in a ***motor vehicle*** including but not limited to:

(1) radio devices or transmitters, global positioning systems, radar or laser detectors, antennas; or

(2) devices or accessories designed for the recording, reproduction, or storage of audio, video, photos, or other data. ***We*** also do not cover removable products that may be used with the equipment or devices described above, including but not limited to tapes, discs, videos, or memory cards while in a ***motor vehicle***;

e. ***aircraft*** and parts. This does not apply to the following unmanned aircraft systems:

(1) drones without cameras; or

(2) hobby aircraft or model aircraft;

that are not capable of carrying people or cargo;

f. property of roomers, boarders, tenants, and other residents not related to ***you***. This does not include property owned by a ***residence employee*** while:

(1) the property is in a residence occupied by an ***insured***; or

(2) the ***residence employee*** is engaged in the service of an ***insured*** and the property is in the physical custody of the ***residence employee***;

g. property rented to others by an ***insured***. This does not apply to property of an ***insured***:

(1) on the part of the ***residence premises*** occupied by roomers, boarders, or tenants; or

(2) on the ***residence premises*** if it is rented, either completely or in part, for exclusive use as a residence:

(a) for no more than 30 nights; or

(b) generating no more than $2,500 in revenue;

during the policy term;

h. property rented to others away from the ***residence premises***;

i. property that is unlawful to own or possess under state or federal law; or

j. electronic currency, digital currency, virtual currency, crypto-currency, and other similar mediums of exchange.

## COVERAGE C – LOSS OF USE

The most ***we*** will pay for the sum of all losses combined under **Additional Living Expense** and **Prohibited Use**, 3.a. is the limit of liability shown in the ***Declarations*** for **Coverage C – Loss of Use.**

The most ***we*** will pay for the sum of all losses combined under **Fair Rental Value** and **Prohibited Use**, 3.b. is the limit of liability shown in the ***Declarations*** for **Coverage C – Loss of Use.**

1. **Additional Living Expense.** When a ***loss insured*** causes the ***residence premises*** shown in the ***Declarations*** to become uninhabitable, ***we*** will pay the reasonable and necessary increase in cost incurred by an ***insured*** to maintain their normal standard of living. ***Our*** payment is limited to incurred costs for:


©, Copyright, State Farm Mutual Automobile Insurance Company, 2023

a. the time reasonably required to repair or replace the premises; or

b. the time reasonably required for ***your*** household to settle elsewhere.

This period of time is not limited by the expiration of this policy. ***We*** will not pay for any living expenses that do not continue.

2. **Fair Rental Value.** When a ***loss insured*** causes that part of the ***residence premises***, shown in the ***Declarations***, that is rented to others or held for rental by ***you*** to become uninhabitable, ***we*** will pay its fair rental value. Payment will be for the time reasonably required to repair or replace the part of the premises rented or held for rental. This period of time is not limited by the expiration of this policy. Fair rental value will not include any expense that does not continue while that part of the ***residence premises*** rented or held for rental is uninhabitable. ***We*** will not pay for loss or expense due to cancellation of a lease or agreement.

3. **Prohibited Use.** When a civil authority prohibits ***your*** use of the ***residence premises*** because of direct damage to a neighboring premises by a ***loss insured***, ***we*** will pay any resulting:

   a. Additional Living Expense; and

   b. Fair Rental Value;

   as provided in items 1. and 2. above. Coverage is for a period not exceeding two weeks while use is prohibited. This period of time is not limited by the expiration of this policy.

No deductible applies to Coverage C.

**SECTION I – ADDITIONAL COVERAGES**

The following Additional Coverages are subject to all the terms, provisions, exclusions, and conditions of this policy.

1. **Debris Removal.**

   a. ***We*** will pay the reasonable expenses ***you*** incur in the removal of debris of covered property damaged by a ***loss insured***. This expense is included in the limit applying to the damaged property. The following coverages and limits also apply:

      (1) ***We*** will pay the reasonable expenses ***you*** incur in the removal of tree debris from the ***residence premises*** when the tree has caused damage to covered property.

      (2) When the amount payable for the property damage plus the debris removal exceeds the limit for damaged property, an additional 5% of that limit is available for debris removal expense. This additional amount of insurance does not apply to **SECTION I – ADDITIONAL COVERAGES, Trees, Shrubs, and Other Plants.**

   b. When the tree has not caused damage to Coverage A property, ***we*** will pay up to $1,000 total for each loss to cover the reasonable expenses ***you*** incur in the removal of tree debris and stumps from the ***residence premises***, unless otherwise excluded. This coverage applies when the tree debris felled by windstorm, hail, or weight of ice or snow blocks:

      (1) the driveway, on the ***residence premises***, and prevents land ***motor vehicle*** access to or from the ***dwelling***; or

      (2) a ramp designed to assist persons with disabilities, on the ***residence premises***, and prevents access to or from a building structure.

2. **Temporary Repairs.** If damage is caused by a ***loss insured***, ***we*** will pay the reasonable and necessary cost ***you*** incur for temporary repairs to covered property to protect the property from further immediate damage or loss. This coverage does not increase the limit applying to the property being repaired.

3. **Trees, Shrubs, and Other Plants.** ***We*** will pay for accidental direct physical loss to trees, shrubs, plants, and lawns on the ***residence premises***, caused by the following perils: **Fire or lightning, Explosion, Riot or civil commotion, Aircraft, Vehicles** (not owned or operated by a resident of the ***residence premises***), **Vandalism or malicious mischief**, or **Theft**.

   The limit for this coverage, including the removal of debris, will not exceed 5% of the amount shown in the ***Declarations*** for **COVERAGE A – DWELLING.** ***We*** will not pay more than $750 for any one tree, shrub,


©, Copyright, State Farm Mutual Automobile Insurance Company, 2023

or plant, including debris removal expense. This coverage may increase the limit otherwise applicable. ***We*** will not pay for any loss to property grown for ***business*** purposes.

4. **Fire Department Service Charge.** ***We*** will pay up to:

   a. $500 for ***your*** liability assumed by contract or agreement for fire department charges. This means charges incurred when:

      (1) the fire department is called to save or protect covered property from a ***loss insured***; and

      (2) the covered property is not located within the limits of the city, municipality, or protection district furnishing such fire department response.

   b. $250 for service charges billed to ***you*** by a volunteer fire department that is not fully funded by real estate taxes or other property taxes when the volunteer fire department is called to save or protect covered property from a ***loss insured***, unless the service charges are in response to a call outside of the volunteer fire department's fire protection district, city, or municipality pursuant to a contract.

   No deductible applies to this coverage. This coverage may increase the limit otherwise applicable.

5. **Property Removed.** ***We*** will pay for any accidental direct physical loss to covered property while being removed from a premises endangered by a ***loss insured***. This coverage also applies to the property for up to 30 days while removed. This period of time is not limited by the expiration of this policy. ***We*** will also pay for reasonable expenses incurred by ***you*** for the removal and return of the covered property. This coverage does not increase the limit applying to the property being removed.

6. **Credit Card, Bank Fund Transfer Card, Forgery, and Counterfeit Money.**

   a. ***We*** will pay up to $1,000 for:

      (1) the legal obligation of an ***insured*** to pay because of the theft or unauthorized use of credit cards and bank fund transfer cards issued to or registered in an ***insured's*** name. If an ***insured*** has not complied with all terms and conditions under which the cards are issued, ***we*** will not pay for use by an ***insured*** or anyone else;

      (2) loss to an ***insured*** caused by forgery or alteration of any check or negotiable instrument; and

      (3) loss to an ***insured*** through acceptance in good faith of counterfeit United States or Canadian paper currency.

   No deductible applies to this coverage.

   ***We*** will not pay more than the limit stated above for forgery or alteration committed by any one person. This limit applies when the forgery or alteration involves one or more instruments in the same loss.

   b. ***We*** will not pay for loss arising out of ***business*** pursuits or dishonesty of an ***insured***.

   c. Defense:

      (1) ***We*** may make any investigation and settle any claim or suit that ***we*** decide is appropriate. ***Our*** obligation to defend claims or suits ends when the amount ***we*** pay for the loss equals ***our*** limit of liability.

      (2) If claim is made or a suit is brought against an ***insured*** for liability under the Credit Card or Bank Fund Transfer Card coverage, ***we*** will provide a defense. This defense is at ***our*** expense by counsel of ***our*** choice.

      (3) ***We*** have the option to defend at ***our*** expense an ***insured*** or an ***insured's*** bank against any suit for the enforcement of payment under the Forgery coverage.

7. **Power Interruption.** ***We*** will pay for accidental direct physical loss caused directly or indirectly by a change of temperature that results from power interruption that takes place on the ***residence premises***. The power interruption must be caused by a ***loss insured*** occurring on the ***residence premises***. The power lines off the ***residence premises*** must remain energized. This coverage does not increase the limit applying to the damaged property.

8. **Refrigerated Products.** Coverage B is extended to cover the contents of deep freeze or refrigerated units on the ***residence premises*** for loss due to power failure or mechanical failure. If mechanical failure or


©, Copyright, State Farm Mutual Automobile Insurance Company, 2023

power failure is known to ***you***, all reasonable means must be used to protect the property insured from further damage or this coverage is void. Power failure or mechanical failure does not include:

a. removal of a plug from an electrical outlet; or

b. turning off an electrical switch unless caused by a ***loss insured***.

This coverage does not increase the limit applying to the damaged property.

9. **Arson Reward.** ***We*** will pay $1,000 for information that leads to an arson conviction in connection with a fire loss to property covered by this policy. This coverage may increase the limit otherwise applicable. However, the $1,000 limit will not be increased regardless of the number of persons providing information.

10. **Volcanic Action.** ***We*** will pay for accidental direct physical loss to a covered building structure or covered property contained in a building structure resulting from the eruption of a volcano when the loss is directly and immediately caused by:

a. airborne volcanic shock waves;

b. ash, dust, or particulate matter; or

c. lava flow.

***We*** will also pay for the removal of that ash, dust, or particulate matter that has caused accidental direct physical loss to a covered building structure or covered property contained in a building structure.

All volcanic eruptions that occur within any 168-hour period will be considered one volcanic eruption.

This coverage does not increase the limit applying to the damaged property.

When applicable, the following coverages apply to a loss covered by **Volcanic Action:**

a. **COVERAGE C – LOSS OF USE;**

b. **SECTION I – ADDITIONAL COVERAGES;** and

c. **Option OL – Building Ordinance or Law,** only if this option is shown in the ***Declarations***.

11. **Collapse.** ***We*** will pay for accidental direct physical loss to covered property involving the collapse of a building structure or any part of a building structure.

a. Collapse means the falling down, caving in, or falling into pieces of a building structure or any part of a building structure. Collapse does not include any of the following:

(1) settling, cracking, shrinking, bulging, expansion, sagging, leaning, or bending;

(2) imminent or threatened collapse;

(3) a building structure or any part of a building structure that is in danger of falling down or caving in; or

(4) a part of a building structure that is standing even if:

(a) it has separated from another part of the building structure; or

(b) it shows evidence of settling, cracking, shrinking, bulging, expansion, sagging, leaning, or bending.

b. The collapse must be directly caused by one or more of the following:

(1) perils described in **SECTION I – LOSSES INSURED, COVERAGE B – PERSONAL PROPERTY.** These perils apply to building structures covered under Coverage A or Coverage B for loss insured by this Additional Coverage;

(2) decay or deterioration, of a building structure or any part of a building structure, that is hidden from view;

(3) damage from animals, birds, insects or vermin, to a building structure or any part of a building structure, that is hidden from view;

(4) weight of contents, equipment, animals, or people;

(5) weight of ice, snow, sleet, or rain that collects on a roof, porch, or deck; or

(6) use of defective material or methods in the construction (includes remodeling or renovation) of the building structure, if the collapse occurs during the course of the construction of the building structure.

Loss to awnings, fences, patios, pavement, swimming pools, underground pipes, flues,


©, Copyright, State Farm Mutual Automobile Insurance Company, 2023

drains, cesspools, septic tanks, foundations, retaining walls, bulkheads, piers, wharfs, or docks is not included under items b.(2) through b.(6) above unless the loss is the direct result of the collapse of a building structure or any part of a building structure.

This coverage does not increase the limit applying to the damaged property.

When applicable, the following coverages apply to a loss covered by **Collapse**:

a. **COVERAGE C – LOSS OF USE;**

b. **SECTION I – ADDITIONAL COVERAGES**; and

c. **Option OL – Building Ordinance or Law**, only if this option is shown in the ***Declarations***.

12. **Locks and Remote Devices.** ***We*** will pay up to $1,000 for each loss for the reasonable expenses ***you*** incur to rekey, replace, recode, program, or reprogram locks on exterior doors to the ***dwelling*** or other structures located on the ***residence premises*** when the keys or remote devices used with those doors are part of a covered theft loss. This coverage includes remote devices designed solely for locking, unlocking, opening, or closing doors, including garage doors and gates.

    No deductible applies to this coverage.

13. **Fuel Oil Release.** ***We*** will pay up to $10,000 for each loss for accidental direct physical loss to covered property caused by the abrupt and accidental escape of liquid fuel oil from a fixed household tank, apparatus, or pipes that are part of a heating unit for the ***dwelling***, unless the escape is itself caused by a peril described in **SECTION I – LOSSES INSURED, COVERAGE B – PERSONAL PROPERTY**. This coverage includes damage to covered property resulting from an accidental spill or overflow of fuel oil in the course of filling a fixed household tank.

    This coverage includes surface clean up only. ***We*** will not pay for:

    a. the cost to repair or replace the fuel oil tank, apparatus, and pipes; or

    b. the cost of testing, monitoring, removing, treating, or detoxifying of soil, air, or water.

    This coverage does not increase the limit applying to the damaged property.

    When applicable, the following coverages apply to a loss covered by **Fuel Oil Release**:

    a. **COVERAGE C – LOSS OF USE**;

    b. **SECTION I – ADDITIONAL COVERAGES**; and

    c. **Option OL – Building Ordinance or Law**, only if this option is shown in the ***Declarations***.

    Any payments made for these coverages are included in, and not in addition to, the $10,000 limit of insurance for **Fuel Oil Release**.

14. **Tear Out.** If a ***loss insured*** to Coverage A property is caused by water, steam, or sewage escaping from a system or appliance, ***we*** will also pay the reasonable cost ***you*** incur to tear out and replace only that particular part of the building structure necessary to gain access to the specific point of that system or appliance from which the water, steam, or sewage escaped. ***We*** will not pay for the cost of repairing or replacing the system or appliance itself. This coverage does not increase the limit applying to Coverage A property.

15. **Home Certification.** If damage to covered property is caused by a ***loss insured***, ***we*** will pay the reasonable increase in cost to repair or replace only the damaged property to maintain the ***dwelling's*** FORTIFIED HOME or FORTIFIED FOR SAFER LIVING certification in place at the time of the loss. This coverage does not increase the limit applying to the damaged property.

    ***We*** will not pay:

    a. any increase in cost until the repair or replacement of the property is complete; or

    b. for increased costs resulting from enforcement of any ordinance or law regulating the construction or repair of the ***dwelling*** except as provided under **OPTIONAL POLICY PROVISIONS, Option OL – Building Ordinance or Law.**

    This coverage does not apply if Loss Settlement provision A2 – Replacement Cost Loss Settlement – Common Construction is shown in the ***Declarations***.


©, Copyright, State Farm Mutual Automobile Insurance Company, 2023

16. **Bed Bugs.** ***We*** will pay up to $1,000 for each bed bug infestation loss for the reasonable costs ***you*** incur to clean, treat or replace property described in Coverage A and Coverage B, subject to the following:

    a. Bed bugs means insects, known as cimex lectularius, that feed on the blood of human beings.

    b. Bed bug infestation means a bed bug infestation that has been confirmed by a licensed pest control professional in writing.

    c. ***We*** will not pay for:

        (1) ***bodily injury*** arising out of or contributed to by a bed bug or bed bug infestation;

        (2) routine or ongoing remediation of the ***residence premises***;

        (3) ***property damage*** that occurs off the ***residence premises***;

        (4) infestations of other insects or vermin; or

        (5) inspection costs to detect or verify the presence of a bed bug infestation except when a licensed pest control professional inspection confirms the presence of a bed bug infestation.

    d. ***We*** will not pay an amount exceeding the smallest of the following:

        (1) the cost to clean and treat; or

        (2) the cost to replace.

    e. This coverage does not increase the limit applying to the damaged property.

    f. No deductible applies to this coverage.

    g. When applicable, **COVERAGE C – LOSS OF USE**, applies to a loss covered by **Bed Bugs.** Any payments for this coverage are included in, and not in addition to, the $1,000 limit of insurance for **Bed Bugs**.

**INFLATION COVERAGE**

The limits of liability shown in the ***Declarations*** for Coverage A, Coverage B, and when applicable, Option ID will be increased at the same rate as the increase in the Inflation Coverage Index shown in the ***Declarations***.

To find the limits on a given date:

1. divide the Index on that date by the Index as of the effective date of this Inflation Coverage provision; then
2. multiply the resulting factor by the limits of liability for Coverage A, Coverage B, and Option ID separately.

The limits of liability will not be reduced to less than the amounts shown in the ***Declarations***.

If during the term of this policy the Coverage A limit of liability is changed at ***your*** request, the effective date of this Inflation Coverage provision is changed to coincide with the effective date of such change.

## SECTION I – LOSSES INSURED

**COVERAGE A – DWELLING**

***We*** will pay for accidental direct physical loss to the property described in Coverage A, unless the loss is excluded or limited in **SECTION I – LOSSES NOT INSURED** or otherwise excluded or limited in this policy.

**COVERAGE B – PERSONAL PROPERTY**

***We*** will pay for accidental direct physical loss to the property described in Coverage B caused by the following perils, unless the loss is excluded or limited in **SECTION I – LOSSES NOT INSURED** or otherwise excluded or limited in this policy.

1. **Fire or lightning.**
2. **Windstorm or hail.** This peril does not include loss to property contained in a structure caused by rain, snow, sleet, sand, or dust. This limitation does not apply when the direct force of wind or hail damages the structure causing an opening in a roof or wall and the rain, snow, sleet, sand, or dust enters through this opening.

   This peril includes loss to watercraft of all types and their trailers, furnishings, equipment, and outboard motors, only while inside a building structure. This limitation does not apply to rowboats and canoes.
3. **Explosion.**
4. **Riot or civil commotion.**
5. **Aircraft,** including self-propelled missiles and spacecraft.
6. **Vehicles.**


©, Copyright, State Farm Mutual Automobile Insurance Company, 2023

7. **Smoke,** meaning abrupt and accidental damage from smoke or soot.

   This peril does not include loss caused by smoke from agricultural smudging or industrial operations.

8. **Vandalism or malicious mischief,** meaning only willful and malicious damage to or destruction of property.

9. **Theft,** including attempted theft and loss of property from a known location when it is probable that the property has been stolen.

   This peril does not include loss caused by theft:

   a. committed by an ***insured***, roomers, boarders, or tenants, including employees of the tenants or members of the tenants' household, regularly residing on the ***insured location***. Property of a student who is an ***insured*** is covered while located at a residence away from the ***residence premises***, if the theft is committed by a person who is not an ***insured***;

   b. in or to a dwelling under construction or of materials and supplies for use in the construction until the dwelling is completed and occupied;

   c. from a part of the ***residence premises*** customarily occupied exclusively by an ***insured*** but rented to others at the time of loss:

      (1) caused by a tenant, members of the tenants' household, or the tenants' employees unless the ***residence premises*** is rented, either completely or in part, for exclusive use as a residence:

         (a) for no more than 30 nights; or

         (b) generating no more than $2,500 in revenue;

         during the policy term;

      (2) of money, bank notes, bullion, gold, goldware, silver, silverware, pewterware, platinum, coins, and medals;

      (3) of securities, checks, cashiers checks, travelers checks, money orders, gift certificates, gift cards, rechargeable debit cards, phone cards, and other negotiable instruments, accounts, deeds, evidences of debt, letters of credit, notes other than bank notes, manuscripts, passports, tickets, and stamps; or

      (4) of jewelry, watches, fur garments and garments trimmed with fur, and precious and semi-precious stones; or

   d. that occurs away from the ***residence premises*** of property while at any other residence owned, rented to, or occupied by an ***insured***, except while an ***insured*** is temporarily residing there. Property of a student who is an ***insured*** is covered while at a residence away from the ***residence premises***.

      If the ***residence premises*** is a newly acquired principal residence, property in the immediate past principal residence will not be considered property away from the ***residence premises*** for the first 30 days after the inception of this policy.

10. **Falling objects.** This peril does not include loss to property contained in a structure unless the roof or an exterior wall of the structure is first damaged by a falling object. Damage to the falling object itself is not included.

11. **Weight of ice, snow, or sleet** that causes damage to property contained in a structure.

12. **Accidental discharge or overflow,** including leakage, of water, steam, or sewage from within a plumbing, heating, air conditioning, or automatic fire protective sprinkler system, or from within a household appliance.

    This peril does not include loss:

    a. to the system or appliance from which the water, steam, or sewage escaped; or

    b. caused by or resulting from freezing except as specifically provided in **SECTION I – LOSSES INSURED, COVERAGE B – PERSONAL PROPERTY, 14. Freezing.**

    In this peril, a plumbing system or household appliance does not include a sump pump, sump pump well, or related equipment.

13. **Abrupt and accidental tearing asunder, cracking, burning, or bulging** of a steam or hot water heating system, an air conditioning system, an automatic fire protective sprinkler system, or an appliance for heating water.


©, Copyright, State Farm Mutual Automobile Insurance Company, 2023

This peril does not include loss caused by or resulting from freezing.

14. **Freezing** of a plumbing, heating, air conditioning, or automatic fire protective sprinkler system, or of a household appliance.

    This peril does not include loss on the ***residence premises*** while the ***dwelling*** is vacant, under construction, or unoccupied for four or more consecutive days, unless ***you*** have used reasonable care to:

    a. maintain heat in the building structure; or

    b. shut off the water supply and drain the system and appliances of water.

    However, if the building structure is protected by an automatic fire protective sprinkler system, ***you*** must use reasonable care to continue the water supply and maintain heat in the building structure for coverage to apply.

15. **Abrupt and accidental damage** to electrical appliances, devices, fixtures, and wiring from an increase or decrease of artificially generated electrical current.

16. **Breakage of glass,** meaning damage to personal property caused by breakage of glass that is a part of a structure on the ***residence premises***. ***We*** will not pay for loss or damage to the glass.

17. **Wild bears or deer,** meaning damage caused by wild bears or deer to property located in a building structure.

## SECTION I – LOSSES NOT INSURED

1. ***We*** will not pay for direct loss to the property described in Coverage A that is caused by, one or more of the perils listed in items a. through l. below, regardless of whether the loss involves isolated or widespread damage:

   a. collapse, except as specifically provided in **SECTION I – ADDITIONAL COVERAGES, Collapse;**

   b. freezing of a plumbing, heating, air conditioning, or automatic fire protective sprinkler system or of a household appliance; or discharge, leakage, or overflow from within the system or appliance caused by freezing. This exclusion only applies while the ***dwelling*** is vacant, under construction, or unoccupied for four or more consecutive days, unless ***you*** have used reasonable care to:

      (1) maintain heat in the building structure; or

      (2) shut off the water supply and drain the system and appliances of water.

      However, if the building structure is protected by an automatic fire protective sprinkler system, ***you*** must use reasonable care to continue the water supply and maintain heat in the building structure for coverage to apply;

   c. freezing, thawing, pressure, or weight of water or ice, whether driven by wind or not, to:

      (1) a swimming pool or hot tub; or

      (2) a fence, pavement, patio, foundation, retaining wall, bulkhead, pier, wharf, or dock;

   d. theft in or to a dwelling under construction, or of materials and supplies for use in the construction, until the dwelling is completed and occupied;

   e. vandalism, malicious mischief, or breakage of glass if the dwelling is a ***vacant dwelling***;

   f. seepage or leakage of water, steam, or sewage that occurs or develops over a period of weeks, months, or years:

      (1) and is:

         (a) continuous; or

         (b) repeated; and

      (2) from a:

         (a) heating, air conditioning, or automatic fire protective sprinkler system;

         (b) household appliance; or

         (c) plumbing system;

   g. wear, tear, marring, scratching, deterioration, inherent vice, latent defect, or mechanical breakdown;

   h. rust or other corrosion;

   i. fungus, mold, or wet or dry rot;

   j. pollutants, unless:



©, Copyright, State Farm Mutual Automobile Insurance Company, 2023

(1) the presence, discharge, dispersal, seepage, migration, release, or escape is itself caused by a peril described in **SECTION I – LOSSES INSURED, COVERAGE B – PERSONAL PROPERTY**; or

(2) coverage is specifically provided in **SECTION I – ADDITIONAL COVERAGES, Fuel Oil Release.**

Pollutants means any solid, liquid, gaseous, thermal, or radioactive irritant or contaminant, including vapor, fumes, acids, alkalis, chemicals, and waste;

k. settling, cracking, shrinking, bulging, or expansion of pavements, patios, foundations, walls, floors, roofs, or ceilings; or

l. all animals, owned or kept by an ***insured***, birds, vermin, rodents, or insects, except as specifically provided in **SECTION I – ADDITIONAL COVERAGES, Bed Bugs.**

However, ***we*** will pay for:

(1) losses caused by wild bears or deer; and

(2) the breakage of glass or safety glazing material that is a part of a building structure, when caused by animals, birds, or insects.

However, ***we*** will pay for any resulting loss from items a. through l. unless the resulting loss is itself a Loss Not Insured as described in this Section.

2. ***We*** will not pay for, under any part of this policy, any loss that would not have occurred in the absence of one or more of the following excluded events. ***We*** will not pay for such loss regardless of: (a) the cause of the excluded event; or (b) other causes of the loss; or (c) whether other causes acted concurrently or in any sequence with the excluded event to produce the loss; or (d) whether the event occurs abruptly or gradually, involves isolated or widespread damage, occurs on or off the ***residence premises***, arises from any natural or external forces, or occurs as a result of any combination of these:

a. **Ordinance or Law**, meaning enforcement of any ordinance or law regulating the construction, repair, or demolition of a building structure or other structure, except as specifically provided in **OPTIONAL POLICY PROVISIONS, Option OL – Building Ordinance or Law.**

However, ***we*** will pay when an ordinance or law requires the use of safety glass in replacement of damaged glass that is a part of the property covered under **SECTION I – PROPERTY COVERAGES, COVERAGE A – DWELLING.**

b. **Earth Movement**, meaning the sinking, rising, shifting, expanding, or contracting of earth, all regardless of whether combined with water, sewage, or any material carried by, or otherwise moved by the earth. Earth movement includes but is not limited to:

(1) earthquake;

(2) landslide, mudslide, or mudflow;

(3) sinkhole or subsidence;

(4) movement resulting from:

(a) improper compaction;

(b) site selection;

(c) natural resource extraction activities; or

(d) excavation;

(5) erosion;

(6) pressure by surface or subsurface earth or fill; or

(7) any volcanic activity, except as specifically provided in **SECTION I – ADDITIONAL COVERAGES, Volcanic Action.**

However, ***we*** will pay for any accidental direct physical loss by fire, explosion, breakage of glass, or theft resulting from earth movement, provided the resulting loss is itself a ***loss insured***.

c. **Water**, meaning:

(1) flood;

(2) surface water. This does not include water solely caused by the release of water from a swimming pool, spigot, sprinkler system, hose, or hydrant;

(3) waves (including tidal wave, tsunami, and seiche);


©, Copyright, State Farm Mutual Automobile Insurance Company, 2023

(4) tides or tidal water;

(5) overflow of any body of water (including any release, escape, or rising of any body of water, or any water held, contained, controlled, or diverted by a dam, levee, dike, or any type of water containment, diversion, or flood control device);

(6) spray from any of the items c.(1) through c.(5) described above, all whether driven by wind or not;

(7) water or sewage from outside the ***residence premises*** plumbing system that enters through sewers or drains, or water or sewage that enters into and overflows from within a sump pump, sump pump well, or any other system designed to remove subsurface water that is drained from the foundation area;

(8) water or sewage below the surface of the ground, including water or sewage that exerts pressure on, or seeps or leaks through a building structure, sidewalk, driveway, swimming pool, or other structure; or

(9) material carried or otherwise moved by any of the water or sewage, as described in items c.(1) through c.(8) above.

However, ***we*** will pay for any accidental direct physical loss by fire, explosion, or theft resulting from water, provided the resulting loss is itself a ***loss insured***.

d. **War**, including any undeclared war, civil war, insurrection, rebellion, revolution, warlike act by a military force or military personnel, destruction or seizure or use for a military purpose, and including any consequence of any of these. Discharge of a nuclear weapon will be considered a warlike act even if accidental.

However, this exclusion does not apply to acts of destruction ordered by a civil authority at the time of fire to prevent its spread, provided the fire is itself a ***loss insured***.

e. **Nuclear Hazard,** meaning any nuclear reaction, radiation, or radioactive contamination, all whether controlled or uncontrolled or however caused, or any consequence of any of these. Loss caused by the nuclear hazard will not be considered loss caused by fire, explosion, or smoke.

However, ***we*** will pay for any accidental direct physical loss by fire resulting from the nuclear hazard, provided the resulting fire loss is itself a ***loss insured***.

3. ***We*** will not pay for any loss described in paragraph 2. immediately above regardless of whether one or more of the following: (a) directly or indirectly cause, contribute to, or aggravate the loss; or (b) occur before, at the same time, or after the loss or any other cause of the loss:

a. act, failure to act, decision, or failure to decide of any person, group, organization, or governmental body;

b. defect, inadequacy, or fault in:

(1) planning, zoning, development, surveying, or siting;

(2) design, specifications, workmanship, repair, construction, renovation, remodeling, grading, or compaction;

(3) materials used in repair, construction, renovation, or remodeling; or

(4) maintenance;

of any property (including land, structures, or improvements of any kind) whether on or off the ***residence premises***; or

c. weather conditions.

4. ***We*** will not pay for, under any part of this policy, direct loss caused by, one or more of the items below, regardless of whether the loss involves isolated or widespread damage:

a. **Neglect**, meaning neglect of the ***insured*** to use all reasonable means to save and preserve property at and after the time of a loss.

b. **Intentional Losses.** If any ***insured*** intentionally causes or procures a loss to property covered under this policy, ***we*** will not pay any ***insured*** for this loss. This applies regardless of whether the ***insured*** is charged with or convicted of a crime.

This does not apply to an ***insured*** who did not participate in, cooperate in, or contribute to causing or procuring the loss.


©, Copyright, State Farm Mutual Automobile Insurance Company, 2023

## SECTION I – LOSS SETTLEMENT

Only the **Loss Settlement Provisions** shown in the ***Declarations*** apply. ***We*** will settle covered property losses according to the following.

**COVERAGE A – DWELLING**

1. **A1 – Replacement Cost Loss Settlement – Similar Construction.**

   ***We*** will pay the cost to repair or replace with similar construction and for the same use on the premises shown in the ***Declarations***, the damaged part of the property covered under **SECTION I – PROPERTY COVERAGES, COVERAGE A – DWELLING** subject to the following:

   a. until actual repair or replacement is completed, ***we*** will pay only the actual cash value at the time of loss of the damaged part of the property, up to the applicable limit of liability shown in the ***Declarations***, not to exceed the cost to repair or replace the damaged part of the property. This does not apply when the full cost of repair or replacement is $2,500 or less;

   b. when the repair or replacement is actually completed, ***we*** will pay the covered additional amount ***you*** actually and necessarily spend to repair or replace the damaged part of the property, or an amount up to the applicable limit of liability shown in the ***Declarations***, whichever is less;

   c. ***you*** must make claim for any additional payment on a replacement cost basis within six months of either:

      (1) the last date ***you*** received an actual cash value payment; or

      (2) the date of entry of a final order of a court of competent jurisdiction asserting ***your*** right to replacement cost settlement;

      whichever is later; and

   d. ***we*** will not pay for increased costs resulting from enforcement of any ordinance or law regulating the construction, repair, or demolition of a building structure or other structure, except as provided under **OPTIONAL POLICY PROVISIONS, Option OL – Building Ordinance or Law.**

2. **A2 – Replacement Cost Loss Settlement – Common Construction.**

   ***We*** will pay the cost to repair or replace with common construction and for the same use on the premises shown in the ***Declarations***, the damaged part of the property covered under **SECTION I – PROPERTY COVERAGES, COVERAGE A – DWELLING** subject to the following:

   a. ***we*** will pay only for repair or replacement of the damaged part of the property with common construction techniques and materials commonly used by the building trades in standard new construction. ***We*** will not pay the cost to repair or replace obsolete, antique, or custom construction with like kind and quality;

   b. until actual repair or replacement is completed, ***we*** will pay only the actual cash value at the time of loss of the damaged part of the property, up to the applicable limit of liability shown in the ***Declarations***, not to exceed the cost to repair or replace the damaged part of the property as described in 2.a. above. This does not apply when the full cost of repair or replacement is $2,500 or less;

   c. when the repair or replacement is actually completed as described in 2.a. above, ***we*** will pay the covered additional amount ***you*** actually and necessarily spend to repair or replace the damaged part of the property, or an amount up to the applicable limit of liability shown in the ***Declarations***, whichever is less;

   d. ***you*** must make claim for any additional payment on a replacement cost basis within six months of either:

      (1) the last date ***you*** received an actual cash value payment; or

      (2) the date of entry of a final order of a court of competent jurisdiction asserting ***your*** right to replacement cost settlement;

      whichever is later; and

   e. ***we*** will not pay for increased costs resulting from enforcement of any ordinance or law regulating the construction, repair, or demolition of a building


©, Copyright, State Farm Mutual Automobile Insurance Company, 2023

structure or other structure, except as provided under **OPTIONAL POLICY PROVISIONS, Option OL – Building Ordinance or Law.**

**COVERAGE B – PERSONAL PROPERTY**

1. **B1 – Limited Replacement Cost Loss Settlement.**

   a. ***We*** will pay the cost to repair or replace property covered under **SECTION I – PROPERTY COVERAGES, COVERAGE B – PERSONAL PROPERTY**, except for property listed in item b. below, subject to the following:

      (1) until repair or replacement is completed, ***we*** will pay only the actual cash value at the time of loss of the damaged property. This does not apply when the full cost of repair or replacement is $2,500 or less;

      (2) after repair or replacement is completed, ***we*** will pay the difference between the actual cash value at the time of loss and the cost ***you*** have actually and necessarily spent to repair or replace the property; and

      (3) ***you*** must make claim for any additional payment on a replacement cost basis within six months of either:

         (a) the last date ***you*** received an actual cash value payment; or

         (b) the date of entry of a final order of a court of competent jurisdiction asserting ***your*** right to replacement cost settlement;

      whichever is later.

   b. ***We*** will pay actual cash value at the time of loss for:

      (1) antiques, fine arts, paintings, statuary, and similar articles which by their inherent nature cannot be replaced with new articles;

      (2) articles whose age or history contribute substantially to their value including, but not limited to, memorabilia, souvenirs, and collectors items; and

      (3) property not useful for its intended purpose.

   However, ***we*** will not pay an amount exceeding the smallest of the following for items a. and b. above:

      (1) ***our*** cost to replace at the time of loss;

      (2) the full cost of repair;

      (3) any special limit of liability described in this policy; or

      (4) any applicable Coverage B limit of liability.

2. **B2 – Depreciated Loss Settlement.**

   a. ***We*** will pay the actual cash value at the time of loss for property covered under **SECTION I – PROPERTY COVERAGES, COVERAGE B – PERSONAL PROPERTY**, except for property listed in item **b.** below.

   b. ***We*** will pay actual cash value at the time of loss for:

      (1) antiques, fine arts, paintings, statuary, and similar articles which by their inherent nature cannot be replaced with new articles;

      (2) articles whose age or history contribute substantially to their value including, but not limited to, memorabilia, souvenirs, and collectors items; and

      (3) property not useful for its intended purpose.

   However, ***we*** will not pay an amount exceeding the smallest of the following for items a. and b. above:

      (1) ***our*** cost to replace at the time of loss;

      (2) the full cost of repair;

      (3) any special limit of liability described in this policy; or

      (4) any applicable Coverage B limit of liability.


©, Copyright, State Farm Mutual Automobile Insurance Company, 2023

## SECTION I – CONDITIONS

1. **Insurable Interest and Limit of Liability.** Even if more than one person has an insurable interest in the property covered, ***we*** will not be liable:
   a. to the ***insured*** for an amount greater than the ***insured's*** interest; or
   b. for more than the applicable limit of liability.
2. **Your Duties After Loss.** After a loss to which this insurance may apply, ***you*** must cooperate with ***us*** in the investigation of the claim and also see that the following duties are performed:
   a. give immediate notice to ***us*** or ***our*** agent and also notify:
      (1) the police if the loss is caused by theft; and
      (2) the credit card company or bank if the loss involves a credit card or bank fund transfer card;
   b. protect the property from further damage or loss and also:
      (1) make reasonable and necessary temporary repairs required to protect the property; and
      (2) keep an accurate record of repair expenses;
   c. prepare an inventory of damaged or stolen personal property:
      (1) showing in detail the quantity, description, age, actual cash value, and amount of loss; and
      (2) attaching all bills, receipts, and related documents that substantiate the figures in the inventory;
   d. as often as ***we*** reasonably require:
      (1) exhibit the damaged property;
      (2) provide ***us*** with any requested records and documents and allow ***us*** to make copies; and
      (3) give statements and submit to examinations under oath; and
   e. submit to ***us***, within 60 days after the loss, ***your*** signed, sworn proof of loss that sets forth, to the best of ***your*** knowledge and belief:
      (1) the time and cause of loss;
      (2) interest of the ***insured*** and all others in the property involved and all encumbrances on the property;
      (3) other insurance that may cover the loss;
      (4) changes in title or occupancy of the property during the term of this policy;
      (5) specifications of any damaged structure and detailed estimates for repair of the damage;
      (6) an inventory of damaged or stolen personal property described in 2.c.;
      (7) receipts for additional living expenses incurred and records supporting the fair rental value loss; and
      (8) evidence or affidavit supporting a claim under **SECTION I – ADDITIONAL COVERAGES, Credit Card, Bank Fund Transfer Card, Forgery, and Counterfeit Money** coverage, stating the amount and cause of loss.
3. **Loss to a Pair or Set.** In case of loss to a pair or set, ***we*** may choose to:
   a. repair or replace any part to restore the pair or set to its value before the loss; or
   b. pay a reasonable and fair proportion of the total value of the pair or set.
4. **Appraisal.** If ***you*** and ***we*** fail to agree on the amount of loss, either party can demand that the amount of the loss be set by appraisal. Only ***you*** or ***we*** may demand appraisal. A demand for appraisal must be in writing. ***You*** must comply with **SECTION I – CONDITIONS, Your Duties After Loss** before making a demand for appraisal.
   a. Each party will select a competent, disinterested appraiser and notify the other party of the appraiser's identity within 20 days of receipt of the written demand for appraisal.


©, Copyright, State Farm Mutual Automobile Insurance Company, 2023

b. The appraisers will first select a competent and disinterested umpire. If the appraisers are unable to agree upon an umpire within 15 days:

   (1) ***you*** or ***we*** may make a written application for the appointment of an umpire, to the judge of the circuit court of the county or city in which the damaged property was located at the time of loss;

   (2) the party requesting the selection described in item b.(1) must first provide a copy of the application:

      (a) to ***us*** or ***our*** agent, if the application is filed by ***you***; or

      (b) to ***you***, if the application is filed by ***us***; and

   (3) upon showing, by affidavit or otherwise, the failure or neglect of the appraisers to agree upon and select an umpire within the time specified in the policy, the judge shall upon 21 days' notice to all parties appoint a competent and disinterested person to serve as umpire in determining the amount of loss or damage sustained.

c. The appraisers will then attempt to set the amount of the loss of each item in dispute as specified by each party, and jointly submit to each party a written report of agreement signed by them. In all instances the written report of agreement will be itemized and state separately the actual cash value and loss to each item in dispute.

   The written report of agreement will set the amount of the loss of each item in dispute and will be binding upon ***you*** and ***us***.

d. If the two appraisers fail to agree upon the amount of the loss, they will submit their differences to the umpire.

   A written report of agreement, as required in item c., signed by any two (appraisers or appraiser and umpire) will set the amount of the loss of each item in dispute and will be binding upon ***you*** and ***us***. In all instances the written report of agreement will be itemized and state separately the actual cash value and loss to each item in dispute.

e. Each party will be responsible for the compensation of their selected appraiser. Reasonable expenses of the appraisal and the reasonable compensation of the umpire will be paid equally by ***you*** and ***us***. If the written demand is made by ***us***, then ***we*** will reimburse ***you*** for the reasonable cost of ***your*** appraiser and ***your*** portion of the cost of the umpire.

5. **Other Insurance.** If a loss covered by this policy is also covered by other insurance, ***we*** will pay only ***our*** share of the loss. ***Our*** share is the proportion of the loss that the applicable limit under this policy bears to the total amount of insurance covering the loss.

6. **Suit Against Us.** No action will be brought against ***us*** unless there has been full compliance with all of the policy provisions. Any action by any party must be started within two years after the date of loss or damage.

7. **Our Option.** If ***we*** give ***you*** written notice within 30 days after ***we*** receive ***your*** proof of loss, ***we*** may repair or replace any part of the property damaged or stolen with similar property. Any property ***we*** pay for or replace becomes ***our*** property.

8. **Loss Payment.** ***We*** will adjust all losses with ***you***. ***We*** will pay ***you*** unless some other person is named in the policy. Loss will be payable 30 days after ***we*** receive ***your*** proof of loss and:

   a. reach agreement with ***you***;

   b. there is an entry of a final judgment; or

   c. there is a filing of an appraisal award with ***us***.

9. **Abandonment of Property.** ***We*** need not accept any property abandoned by an ***insured***.

10. **Mortgagee Clause.** The word "mortgagee" includes trustee.

   a. If a mortgagee is named in this policy, any loss payable under Coverage A will be paid to the mortgagee and ***you***, as interests appear. If more than one mortgagee is named, the order of payment will be the same as the order of precedence of the mortgages.

   b. If ***we*** deny ***your*** claim, that denial will not apply to a valid claim of the mortgagee, if the mortgagee:


©, Copyright, State Farm Mutual Automobile Insurance Company, 2023

(1) notifies ***us*** of any change in ownership, occupancy, or substantial change in risk of which the mortgagee is aware;

(2) pays on demand any premium due under this policy, if ***you*** have not paid the premium; and

(3) submits a signed, sworn statement of loss within 60 days after receiving notice from ***us*** of ***your*** failure to do so. Policy conditions relating to **Appraisal, Suit Against Us**, and **Loss Payment** apply to the mortgagee.

c. If ***we*** cancel or elect not to renew under the terms of this policy, the mortgagee will be notified at least 10 days before the date cancellation or nonrenewal takes effect. Proof of mailing will be proof of notice.

d. If ***we*** pay the mortgagee for any loss and deny payment to ***you***:

(1) ***we*** are subrogated to all the rights of the mortgagee granted under the mortgage on the property; or

(2) at ***our*** option, ***we*** may pay to the mortgagee the whole principal on the mortgage plus any accrued interest. In this event, ***we*** will receive a full assignment and transfer of the mortgage and all securities held as collateral to the mortgage debt.

e. Subrogation does not impair the right of the mortgagee to recover the full amount of the mortgagee's claim.

11. **No Benefit to Bailee.** ***We*** will not recognize an assignment or grant coverage for the benefit of a person or organization holding, storing, or transporting property for a fee. This applies regardless of any other provision of this policy.

12. **Recovered Property.** If either ***you*** or ***we*** recover any property after loss settlement, that party must give the other prompt notice. At ***your*** option, ***you*** may keep the property or ***we*** will return it to ***you***. Otherwise, it will become ***our*** property. If ***you*** choose to keep the property, the loss payment will be adjusted based on the amount ***you*** received for the recovered property.

13. **Assignment of Claim.** Assignment to another party of any of ***your*** rights or duties under this policy regarding any claim, or any part of any claim, will be void and ***we*** will not recognize any such assignment, unless ***we*** give ***our*** written consent. However, once ***you*** have complied with all policy provisions, ***you*** may assign to another party, in writing, payment of claim proceeds otherwise payable to ***you***.

14. **Loss Clause.** Any loss paid hereunder shall not reduce the applicable limit of liability under this policy.

## SECTION II – LIABILITY COVERAGES

### COVERAGE L – PERSONAL LIABILITY

If a claim is made or a suit is brought against an ***insured*** for damages because of ***bodily injury*** or ***property damage*** to which this coverage applies, caused by an ***occurrence***, ***we*** will:

1. pay up to ***our*** limit of liability for the damages for which the ***insured*** is legally liable; and

2. provide a defense at ***our*** expense by counsel of ***our*** choice, even if any of the allegations of the suit are groundless, false, or fraudulent. ***We*** may make any investigation and settle any claim or suit that ***we*** decide is appropriate. ***Our*** obligation to defend any suit ends when the amount ***we*** pay for damages, to effect settlement or satisfy a judgment resulting from the ***occurrence***, equals ***our*** limit of liability.

### COVERAGE M – MEDICAL PAYMENTS TO OTHERS

***We*** will pay the necessary medical expenses incurred or medically ascertained within three years from the date of an accident causing ***bodily injury***. Medical expenses means reasonable charges for medical, surgical, x-ray, dental, ambulance, hospital, professional nursing, rehabilitation, pharmaceuticals, orthopedic devices, prosthetic devices, and funeral services. This coverage applies only:

1. to a person on the ***insured location*** with the permission of an ***insured***;

2. to a person off the ***insured location***, if the ***bodily injury***:


©, Copyright, State Farm Mutual Automobile Insurance Company, 2023

a. arises out of a condition on the ***insured location*** or the ways immediately adjoining;

b. is caused by the activities of an ***insured***;

c. is caused by a ***residence employee*** in the course of the ***residence employee's*** employment by an ***insured***; or

d. is caused by an animal owned by or in the care of an ***insured***; or

3. to a ***residence employee*** if the ***occurrence*** causing ***bodily injury*** occurs off the ***insured location*** and arises out of or in the course of the ***residence employee's*** employment by an ***insured***.

**SECTION II – ADDITIONAL COVERAGES**

The following Additional Coverages are subject to all the terms, provisions, exclusions, and conditions of this policy.

***We*** will pay for the following in addition to the limits of liability:

1. **Claim Expenses.** ***We*** will pay:

   a. expenses ***we*** incur and costs taxed against an ***insured*** in suits ***we*** defend;

   b. all premiums on appeal bonds required in any such suit, and premiums on bonds to release attachments in any such suit for an amount not in excess of the Coverage L limit. ***We*** also pay the cost, not to exceed $250 per bail bond, of bail bonds required of ***you*** because of an ***occurrence*** to which this policy applies, except ***we*** are not obligated to apply for or furnish the bonds;

   c. reasonable expenses an ***insured*** incurs at ***our*** request. This includes actual loss of earnings (but not loss of other income) and vacation time or other benefit loss up to $250 per day for aiding ***us*** in the investigation or defense of claims or suits;

   d. interest the ***insured*** is legally liable to pay on damages payable under Coverage L above before a judgment, but only the interest on that part of the damages ***we*** pay; and

   e. interest on the entire judgment that accrues after entry of the judgment and before ***we*** pay or tender, or deposit in court that part of the judgment that does not exceed the limit of liability that applies.

2. **First Aid Expenses.** ***We*** will pay expenses for first aid to others incurred by an ***insured*** for ***bodily injury*** covered under this policy. ***We*** will not pay for first aid to ***you*** or any other ***insured***.

3. **Damage to Property of Others.**

   a. ***We*** will pay for ***property damage*** to property of others caused by the activities of an ***insured***.

   b. ***We*** will not pay more than the smallest of the following amounts:

      (1) replacement cost at the time of loss;

      (2) full cost of repair; or

      (3) the limit of liability shown in the ***Declarations*** for **Damage to Property of Others** for any one ***occurrence***.

   c. ***We*** will not pay for ***property damage***:

      (1) for a loss that is recoverable under Section I of this policy. ***We*** also will not pay for any applicable deductible regardless of whether the amount of the loss exceeds the deductible;

      (2) caused intentionally by an ***insured*** 13 years of age or older;

      (3) to property, other than a rented golf cart, owned by, or rented to an ***insured***, a roomer, boarder, or tenant of an ***insured***, or a resident in ***your*** household;

      (4) arising out of:

         (a) ***business*** pursuits;

         (b) any act or omission in connection with a premises an ***insured*** owns, rents, or controls, other than the ***insured location***; or

         (c) the ownership, maintenance, operation, use, loading, or unloading of a ***motor vehicle***, ***hovercraft***, ***aircraft***, or watercraft, including an airboat, air cushion, or personal watercraft; or

      (5) if a payment is made under **COVERAGE L – PERSONAL LIABILITY** for the same ***property damage***.

   d. Under **SECTION II – EXCLUSIONS**, exclusion 2.c. does not apply to the coverage provided by **Damage to Property of Others**.


©, Copyright, State Farm Mutual Automobile Insurance Company, 2023

## SECTION II – EXCLUSIONS

1. Coverage L and Coverage M do not apply to:

   a. ***bodily injury*** or ***property damage*** that:

      (1) was a result of a:

         (a) willful and malicious; or

         (b) criminal;

         act or omission of the ***insured***;

      (2) was intended by the ***insured***; or

      (3) would have been expected by the ***insured*** based on a reasonable person standard;

      but only with respect to that ***insured***.

      However, exclusions a.(2) and a.(3) above do not apply to ***bodily injury*** or ***property damage*** resulting from the use of reasonable force to protect persons or property.

      Exclusions a.(1), a.(2), and a.(3) above apply to all ***bodily injury*** or ***property damage*** even if the:

      (1) ***bodily injury*** or ***property damage*** was sustained by a different person, entity, or property than was expected or intended;

      (2) ***bodily injury*** or ***property damage*** was of a different kind, quality, or degree than was expected or intended; or

      (3) ***insured*** was not charged with or convicted of a criminal act or omission;

   b. ***bodily injury*** or ***property damage*** arising out of ***business*** pursuits of any ***insured***. This exclusion does not apply:

      (1) to activities that are ordinarily incident to non-***business*** pursuits; or

      (2) to incidental ***business*** activities:

         (a) conducted by an ***insured*** who is younger than 21 years of age;

         (b) that produce revenues of no more than $2,500 during the policy period; or

         (c) a combination of (a) and (b) above;

   c. ***bodily injury*** or ***property damage*** arising out of the rendering or failing to render professional services;

   d. ***bodily injury*** or ***property damage*** arising out of any premises currently owned or rented to any ***insured*** which is not an ***insured location***. This exclusion does not apply to ***bodily injury*** to a ***residence employee*** arising out of and in the course of the ***residence employee's*** employment by an ***insured***;

   e. ***bodily injury*** or ***property damage*** arising out of the ownership, maintenance, use, loading, or unloading of:

      (1) an ***aircraft***. This exclusion does not apply to the ownership, maintenance, use, loading, or unloading of the following unmanned aircraft systems:

         (a) drones without cameras; or

         (b) hobby aircraft or model aircraft;

         that are not capable of carrying people or cargo;

      (2) a ***motor vehicle***, ***recreational motor vehicle***, or ***hovercraft*** owned or operated by or rented or loaned to any ***insured***. This exclusion does not apply to:

         (a) a vehicle primarily used in servicing the ***residence premises*** while on or off the ***residence premises***;

         (b) a golf cart used for golfing purposes within a golfing facility, including crossing public roads to access other parts of the golfing facility;

         (c) a ***recreational motor vehicle*** or ***hovercraft*** on an ***insured location***; or

         (d) a ***motor vehicle*** held in dead storage on the ***residence premises***; or

      (3) a watercraft:

         (a) owned by or rented to any ***insured*** if it has inboard or inboard-outdrive motor power of more than 50 horsepower;


©, Copyright, State Farm Mutual Automobile Insurance Company, 2023

(b) owned by or rented to any ***insured*** if it is a sailing vessel, with or without auxiliary power, 26 feet or more in overall length; or

(c) powered by one or more outboard motors with more than 25 total horsepower owned by any ***insured***.

This exclusion does not apply to ***bodily injury*** to a ***residence employee*** arising out of and in the course of the ***residence employee's*** employment by an ***insured***. Exclusion e.(3) does not apply while the watercraft is on an ***insured location***;

f. ***bodily injury*** or ***property damage*** arising out of:

(1) the entrustment by any ***insured*** to any person;

(2) the supervision by any ***insured*** of any person; or

(3) any liability statutorily imposed on any ***insured***;

with regard to the ownership, maintenance, or use of any ***aircraft***, watercraft, ***hovercraft***, ***recreational motor vehicle***, or ***motor vehicle*** not covered under Section II of this policy;

g. ***bodily injury*** or ***property damage*** caused directly or indirectly by war, including undeclared war, or any warlike act including destruction, seizure, or use for a military purpose, or any consequence of these. Discharge of a nuclear weapon will be considered a warlike act even if accidental;

h. ***bodily injury*** to any ***insured*** within the meaning of part 8.a., 8.b., or 8.c. of the definition of ***insured***.

This exclusion also applies to any claim made or suit brought against any ***insured*** within the meaning of part 8.a., 8.b., or 8.c. of the definition of ***insured*** to share damages with or repay someone else who may be obligated to pay damages because of the ***bodily injury*** sustained by any ***insured*** within the meaning of part 8.a., 8.b., or 8.c. of the definition of ***insured***;

i. ***bodily injury*** or ***property damage*** arising out of the use, sale, manufacture, delivery, transfer, or possession, by any ***insured***, of any substance that is illegal or is a controlled substance under either federal or state law.

This exclusion does not apply to the legitimate use of legally prescribed drugs, under either federal or state law, by a person following orders of a licensed health care professional;

j. ***bodily injury*** or ***property damage*** arising out of sexual molestation, corporal punishment, or physical or mental abuse; or

k. ***bodily injury*** or ***property damage*** which arises out of the transmission of a communicable disease by an ***insured***.

2. Coverage L does not apply to:

a. liability:

(1) for ***your*** share of any loss assessment charged against all members of any type of association of property owners; or

(2) imposed on or assumed by any ***insured*** through any unwritten contract or agreement. This exclusion does not apply to liability for damages that the ***insured*** would have in absence of the contract or agreement;

b. ***property damage*** to property owned by any ***insured*** at the time of the ***occurrence***;

c. ***property damage*** to property in the care, custody, or control of any ***insured*** at the time of the ***occurrence***. This exclusion does not apply to ***property damage*** caused by:

(1) fire;

(2) smoke;

(3) explosion;

(4) abrupt and accidental damage from water; or

(5) household pets, up to $500 in excess of ***your*** security deposit;

d. ***bodily injury*** to a person eligible to receive any benefits required to be provided or voluntarily provided by an ***insured*** under a workers' compensation, non-occupational disability, or occupational disease law; or


©, Copyright, State Farm Mutual Automobile Insurance Company, 2023

e. ***bodily injury*** or ***property damage*** for which an ***insured*** under this policy is also an insured under a nuclear energy liability policy or would be an insured but for its termination upon exhaustion of its limit of liability. A nuclear energy liability policy is a policy issued by Nuclear Energy Liability Insurance Association, Mutual Atomic Energy Liability Underwriters, Nuclear Insurance Association of Canada, or any of their successors.

3. Coverage M does not apply to ***bodily injury***:

a. to a ***residence employee*** if it occurs off the ***insured location*** and does not arise out of or in the course of the ***residence employee's*** employment by an ***insured***;

b. to a person eligible to receive any benefits required to be provided or voluntarily provided under any workers' compensation, non-occupational disability, or occupational disease law;

c. to a person other than a ***residence employee*** of an ***insured***, regularly residing on any part of the ***insured location***; or

d. from nuclear reaction, radiation, or radioactive contamination, all whether controlled or uncontrolled or however caused, or any consequence of any of these.

## SECTION II – CONDITIONS

1. **Limit of Liability.** The Coverage L limit is shown in the ***Declarations***. This is the limit for all damages from each ***occurrence*** for the policy period in which the ***bodily injury*** or ***property damage*** first occurs, regardless of the number of ***insureds***, claims made, or persons injured. No additional limits or coverage will be available for the ***occurrence*** under any additional policy periods while this policy remains in force.

   The Coverage M limit is shown in the ***Declarations***. This is ***our*** limit for all medical expenses for ***bodily injury*** to one person as the result of one accident.

2. **Severability of Insurance.** This insurance applies separately to each ***insured***. This condition does not increase ***our*** limit of liability for any one ***occurrence***.

3. **Duties After Loss.** In case of an accident or ***occurrence***, the ***insured*** must cooperate with ***us*** in the investigation, settlement, or defense of any claim or suit and also perform the following duties that apply. ***You*** must cooperate with ***us*** in seeing that these duties are performed:

a. give written notice to ***us*** or ***our*** agent as soon as possible, which sets forth:

(1) the identity of this policy and the ***insured***;

(2) reasonably available information on the time, place, and circumstances of the accident or ***occurrence***; and

(3) names and addresses of any claimants and available witnesses;

b. immediately forward to ***us*** every notice, demand, summons, or other process relating to the accident or ***occurrence***;

c. at ***our*** request, assist in:

(1) making settlement;

(2) the enforcement of any right of contribution or indemnity against a person or organization who may be liable to an ***insured***;

(3) the conduct of suits and attend hearings and trials; and

(4) securing and giving evidence and obtaining the attendance of witnesses;

d. under **SECTION II – ADDITIONAL COVERAGES, Damage to Property of Others**:

(1) submit a sworn statement of loss to ***us*** within 60 days after the loss; and

(2) exhibit the damaged property if within the ***insured's*** control; and

e. the ***insured*** must not, except at the ***insured's*** own cost, voluntarily make payments, assume obligations, or incur expenses. This does not apply to expense for first aid to others at the time of the ***bodily injury***.

4. **Coverage M Requirements.** ***We*** may require the following in regard to any Coverage M claim:

a. written proof of claim, under oath if required, as soon as possible from the injured person, or


©, Copyright, State Farm Mutual Automobile Insurance Company, 2023

when appropriate, someone acting on behalf of that person;

b. the injured person's submission to physical examinations by a physician selected by ***us*** when and as often as ***we*** reasonably require; and

c. any authorizations from the injured person as ***we*** may require.

5. **Payment of Claim – Coverage M or Damage to Property of Others.** Payment under either of these is not an admission of liability by an ***insured*** or ***us***.

6. **Suit Against Us.** No action will be brought against ***us*** unless there has been compliance with the policy provisions.

No one will have the right to join ***us*** as a party to an action against an ***insured***. Further, no action with respect to Coverage L will be brought against ***us*** until the obligation of the ***insured*** has been determined by final judgment on the merits, satisfied or unsatisfied, after an actual trial or by an agreement signed by ***us***; but ***we*** will not be liable for damages that are not payable under the terms of this policy or that are in excess of the applicable Limit of Liability.

7. **Bankruptcy of an Insured.** Bankruptcy or insolvency of an ***insured*** or an ***insured's*** estate will not relieve ***us*** of ***our*** obligation under this policy.

8. **Judgments Returned Unsatisfied.** If execution on a judgment against the ***insured*** or the ***insured's*** personal representative is returned unsatisfied in an action brought to recover damages for injury sustained or for loss or damage incurred during the policy term, then an action may be maintained against ***us*** under the terms of this policy for the amount of the judgment not exceeding the amount of the applicable limit of coverage under this policy.

9. **Other Insurance – Coverage L.** If a loss covered by this policy is also covered by other insurance, ***we*** will pay only the proportion of the loss that the limit of liability that applies under this policy bears to the total amount of insurance covering the loss. However, with respect to ***bodily injury*** or ***property damage*** arising out of the ownership, maintenance, operation, use, loading or unloading of any ***motor vehicle*** or watercraft to which this policy applies, this insurance under Coverage L shall be excess insurance over any other valid and collectible insurance available to the ***insured***.

## SECTION I AND SECTION II – CONDITIONS

1. **Policy Period.** This policy applies only to loss under Section I or ***bodily injury*** or ***property damage*** under Section II that occurs during the period this policy is in effect.

2. **Concealment or Fraud.** This policy is void as to ***you*** and any other ***insured*** if ***you*** or any other ***insured*** under this policy has intentionally concealed or misrepresented any material fact or circumstance relating to this insurance, whether before or after a loss.

3. **Liberalization Clause.** If ***we*** adopt any revision that would broaden coverage currently provided without additional premium, the broadened coverage will immediately apply from the date of such revision.

4. **Waiver or Change of Policy Provisions.** A waiver or change of any provision of this policy must be in writing by ***us*** to be valid. ***Our*** request for an appraisal or examination does not waive any of ***our*** rights.

5. **Cancellation.**

a. ***You*** may cancel this policy at any time by giving ***us*** advance written notice of the date cancellation is to take effect. ***We*** may waive the requirement that the notice be in writing by confirming the date and time of cancellation to ***you*** in writing.

b. ***We*** may cancel this policy only for the reasons stated in this condition. ***We*** will notify the Named Insured in writing of the date cancellation takes effect. This cancellation notice may be delivered to the Named Insured, mailed to the last mailing address known to ***us***, or sent to the Named Insured by electronic delivery. Proof of mailing, evidence of electronic transmittal, or receipt of the electronic notification will be sufficient proof of notice:

(1) When ***you*** have not paid the premium, ***we*** may cancel at any time by notifying the Named Insured at least 10 days before the date cancellation takes effect. This condition applies whether the premium is payable to ***us*** or ***our*** agent or under any finance or credit plan.


©, Copyright, State Farm Mutual Automobile Insurance Company, 2023

(2) When this policy has been in effect for less than 90 days and is not a renewal with ***us***, ***we*** may cancel for any reason. ***We*** may cancel by notifying the Named Insured at least 10 days before the date cancellation takes effect.

(3) When this policy has been in effect for 90 days or more, or at any time if it is a renewal with ***us***, ***we*** may cancel if there has been:

(a) Conviction of a crime arising out of acts increasing the probability that a peril insured against will occur;

(b) Discovery of fraud or material misrepresentation;

(c) Willful or reckless acts or omissions increasing the probability that a peril insured against will occur as determined from a physical inspection of the insured premises;

(d) Physical changes in the property which result in the property becoming uninsurable as determined from the physical inspection of the insured premises; or

(e) Foreclosure efforts by the secured party against the subject property covered by the policy that have resulted in the sale of the property by a trustee under a deed of trust as duly recorded in the land title records of the jurisdiction in which the property is located.

***We*** may cancel this policy by notifying the Named Insured at least 30 days before the date cancellation takes effect.

c. When this policy is cancelled, the premium for the period from the date of cancellation to the expiration date will be refunded. The return premium will be pro rata.

d. The return premium may not be refunded with the notice of cancellation or when this policy is returned to ***us***. In such cases, ***we*** will refund it within a reasonable time after the date cancellation takes effect.

6. **Nonrenewal.** ***We*** may elect not to renew this policy. If ***we*** elect not to renew, a written notice will be delivered to the Named Insured, mailed to the last mailing address known to ***us***, or sent to the Named Insured by electronic delivery. The notice will be mailed or delivered at least 30 days before the expiration date of this policy. Proof of mailing, evidence of electronic transmittal, or receipt of the electronic notification will be sufficient proof of notice.

If this policy is written for a policy period of less than one year, ***we*** agree that ***we*** will not refuse to renew except as of the expiration of a policy period which coincides with the end of an annual period commencing with its original effective date.

7. **Assignment of Policy.** Assignment of this policy will be void and ***we*** will not recognize any such assignment, unless ***we*** give ***our*** written consent.

8. **Subrogation and Reimbursement.**

a. **Subrogation.**

(1) Applicable to SECTION I:

If any ***insured*** to or for whom ***we*** make payment under this policy has rights to recover damages from another, those rights are transferred to ***us*** to the extent of ***our*** payment. That ***insured*** must do everything necessary to secure ***our*** rights and must do nothing after loss to impair them. However before a loss, an ***insured*** may waive in writing all rights of recovery against any person.

(2) Applicable to SECTION II:

If any ***insured*** has rights to recover all or part of any payment ***we*** have made under this policy, those rights are transferred to ***us***. An ***insured*** must do nothing after loss to impair them. At ***our*** request, an ***insured*** will bring suit or transfer those rights to ***us*** and help ***us*** enforce them.

Subrogation does not apply under Section II to **Medical Payments to Others** or **Damage to Property of Others.**


©, Copyright, State Farm Mutual Automobile Insurance Company, 2023

b. **Reimbursement.**

If ***we*** make payment under this policy and any ***insured*** to or for whom ***we*** make payment recovers or has recovered from another person or organization, then the ***insured*** to or for whom ***we*** make payment must:

(1) hold in trust for ***us*** the proceeds of any recovery; and

(2) reimburse ***us*** to the extent of ***our*** payment.

Reimbursement does not apply under Section II to **Medical Payments to Others** or **Damage to Property of Others**.

9. **Death.** If ***you*** die:

a. ***we*** insure the legal representative of the deceased. This condition applies only with respect to the premises and property of the deceased covered under this policy at the time of death;

b. ***insured*** includes:

(1) any member of ***your*** household who is an ***insured*** at the time of ***your*** death, but only while a resident of the ***residence premises***; and

(2) with respect to ***your*** property, the person having proper temporary custody of the property until appointment and qualification of a legal representative; and

c. Named Insured includes the spouse, if not already a Named Insured and if residing in the household at the time of death.

10. **Modification of Terms.** The terms of this policy which are less favorable than those which are provided for in the statutes, rules, and regulations of the state wherein this policy is issued are amended to conform to such statutes, rules, and regulations.

11. **Premium.**

a. Unless as otherwise provided by an alternative payment plan in effect with the ***State Farm Companies*** with respect to the premium for this policy, the premium is due and payable in full on or before the first day of the policy period shown in the most recently issued ***Declarations***.

b. The renewal premium for this policy will be based upon the rates in effect, the coverages carried, the applicable limits, deductibles, and other elements that affect the premium applicable at the time of renewal.

c. The premium for this policy may vary based upon:

(1) the purchase of other products or services from the ***State Farm Companies***;

(2) the purchase of products or services from an organization that has entered into an agreement or contract with the ***State Farm Companies***. The ***State Farm Companies*** do not warrant the merchantability, fitness, or quality of any product or service offered or provided by that organization; or

(3) an agreement, concerning the insurance provided by this policy, that the ***State Farm Companies*** has with an organization of which ***you*** are a member, employee, subscriber, licensee, or franchisee.

d. ***Your*** purchase of this policy may allow:

(1) ***you*** to purchase or obtain certain coverages, coverage options, coverage deductibles, coverage limits, or coverage terms on other products from the ***State Farm Companies***, subject to their applicable eligibility rules; or

(2) the premium or price for other products or services purchased by ***you***, including non-insurance products or services, to vary. Such other products or services must be provided by the ***State Farm Companies*** or by an organization that has entered into an agreement or contract with the ***State Farm Companies***. The ***State Farm Companies*** do not warrant the merchantability, fitness, or quality of any product or service offered or provided by that organization.

12. **Right to Inspect.**

a. ***We*** have the right but are not obligated to perform the following:

(1) make inspections and surveys of the ***insured location*** at any time;


©, Copyright, State Farm Mutual Automobile Insurance Company, 2023

(2) provide ***you*** with reports on conditions ***we*** find; or

(3) recommend changes.

Any inspections, surveys, reports, or recommendations relate only to insurability and the premiums to be charged.

b. ***We*** do not:

(1) make safety inspections;

(2) undertake to perform the duty of any person or organization to provide for the health or safety of workers or the public;

(3) warrant that conditions are safe or healthful; or

(4) warrant that conditions comply with laws, regulations, codes, or standards.

This condition applies to ***us*** and to any rating, advisory, rate service, or similar organization that makes insurance inspections, surveys, reports, or recommendations on ***our*** behalf.

13. **Joint and Individual Interests.** If ***you*** consists of more than one person or entity, then each acts for all to change or cancel this policy.

14. **Change of Policy Address.** ***We*** may change the Named Insured's policy address as shown in the ***Declarations*** and in ***our*** records to the most recent address provided to ***us*** by:

a. ***you***; or

b. the United States Postal Service.

15. **Our Rights Regarding Claim Information.**

a. ***We*** will collect, receive, obtain, use, and retain all the items described in item b.(1) below and use and retain the information described in item b.(3)(b) below, in accordance with applicable federal and state laws and regulations and consistent with the performance of ***our*** business functions.

b. Subject to 15.a. above, ***we*** will not be restricted in or prohibited from:

(1) collecting, receiving, or obtaining records, receipts, invoices, medical bills, medical records, wage information, salary information, employment information, data, and any other information;

(2) using any of the items described in item b.(1) above; or

(3) retaining:

(a) any of the items in item b.(1) above; or

(b) any other information ***we*** have in ***our*** possession as a result of ***our*** processing, handling, or otherwise resolving claims submitted under this policy.

c. ***We*** may disclose any of the items in b.(1) above and any of the information described in item b.(3)(b) above:

(1) to enable performance of ***our*** business functions;

(2) to meet ***our*** reporting obligations to insurance regulators;

(3) to meet ***our*** reporting obligations to insurance data consolidators;

(4) to meet other obligations required by law; and

(5) as otherwise permitted by law.

d. ***Our*** rights under 15.a., 15.b., and 15.c. above will not be impaired by any:

(1) authorization related to any claim submitted under this policy; or

(2) act or omission of an ***insured*** or a legal representative acting on an ***insured's*** behalf.

16. **Duties Regarding Claim Information.** An ***insured*** or a legal representative acting on an ***insured's*** behalf must provide ***us*** with any requested authorizations related to the claim. ***Our*** rights as set forth under **Our Rights Regarding Claim Information** of this policy will not be impaired by any:

a. authorization related to the claim; or

b. act or omission of an ***insured*** or a legal representative acting on an ***insured's*** behalf.


©, Copyright, State Farm Mutual Automobile Insurance Company, 2023

## OPTIONAL POLICY PROVISIONS

Each Optional Policy Provision applies only as shown in the ***Declarations*** and is subject to all the terms, provisions, exclusions, and conditions of this policy.

**Option AI – Additional Insured.** The definition of ***insured*** is extended to include the person or organization shown in the ***Declarations*** as an Additional Insured or whose name is on file with ***us***. Coverage is with respect to:

1. **SECTION I – Coverage A, Coverage B,** or **Coverage C**; or
2. **SECTION II – Coverage L** and **Coverage M** but only with respect to the ***residence premises*** or any other ***insured location***, subject to the following:
   a. the Additional Insured is not an ***insured*** for the purpose of defining or adding any ***insured location*** under this policy; and
   b. this coverage does not apply to ***bodily injury*** to any employee, or to ***property damage*** incurred by any employee, arising out of or in the course of the employee's employment by the Additional Insured.

This option applies only with respect to the location shown in the ***Declarations***.

**Option BP – Business Property.** The **COVERAGE B – PERSONAL PROPERTY, Special Limits of Liability,** item b., for ***business*** property, including merchandise held as samples or for sale or for delivery after sale, is changed as follows:

The $1,500 limit is replaced with the amount shown in the ***Declarations*** for this option.

**Option BU – Business Pursuits.**

Under **SECTION II – EXCLUSIONS**, item 1.b. is modified as follows:

1. Section II coverage applies to the ***business*** pursuits of an ***insured*** who is a:
   a. clerical office employee, salesperson, collector, messenger; or
   b. teacher (except college, university, and professional athletic coaches), school principal, or school administrator;

   while acting within the scope of the above listed occupations.
2. However, no coverage is provided:
   a. for ***bodily injury*** or ***property damage*** arising out of a ***business*** owned or financially controlled by the ***insured*** or by a partnership of which the ***insured*** is a partner or member;
   b. for ***bodily injury*** or ***property damage*** arising out of the rendering of or failure to render professional services of any nature (other than teaching or school administration). This exclusion includes but is not limited to:
      (1) computer programming, architectural, engineering, or industrial design services;
      (2) medical, surgical, dental, or other services or treatment conducive to the health of persons or animals; and
      (3) beauty or barber services or treatment;
   c. for ***bodily injury*** to a fellow employee of the ***insured*** injured in the course of employment; or
   d. when the ***insured*** is a member of the faculty or teaching staff of a school or college:
      (1) for ***bodily injury*** or ***property damage*** arising out of the maintenance, use, loading, or unloading of:
         (a) draft or saddle animals, including vehicles for use with them; or
         (b) ***aircraft***, ***motor vehicles***, ***recreational motor vehicles***, ***hovercraft***, or watercraft, including airboats, air cushions, or personal watercraft which use a water jet pump powered by an internal combustion engine as the primary source of propulsion;

         owned, operated, or hired by or for the ***insured*** or employer of the ***insured*** or used by the ***insured*** for the purpose of instruction in the use thereof; or
      (2) under **Coverage M** for ***bodily injury*** to a student arising out of corporal punishment administered by or at the direction of the ***insured***.


©, Copyright, State Farm Mutual Automobile Insurance Company, 2023

Under **SECTION I AND SECTION II – CONDITIONS,** item 5.b. and item 6. are modified as follows:

1. **Cancellation**

   a. Item b.(1) reference to 10 days notice is changed to 15 days notice;

   b. Item b.(2) reference to 10 days notice is changed to 45 days notice; and

   c. Item b.(3) reference to 30 days notice is changed to 45 days notice.

2. **Nonrenewal**

   Reference to 30 days notice is changed to 45 days notice.

**Option FA – Firearms.** Firearms are covered for accidental direct physical loss or damage.

The limits for this option are shown in the ***Declarations***. The first amount is the limit for any one article; the second amount is the aggregate limit for each loss.

The following additional provisions apply:

1. ***We*** will not pay for any loss to the property described in this option either consisting of, or directly and immediately caused by, one or more of the following:

   a. mechanical breakdown, wear and tear, or gradual deterioration;

   b. all animals, owned or kept by an ***insured***, birds, vermin, rodents, or insects, including nesting, infestation, gnawing, feeding, breeding, or discharge or release of waste products or secretions by animals, owned or kept by an ***insured***, birds, vermin, rodents, or insects. However, ***we*** will pay for losses caused by wild bears or deer;

   c. any process of refinishing, renovating, or repairing;

   d. dampness of atmosphere or extremes of temperatures unless the loss is directly caused by rain, snow, sleet, or hail;

   e. inherent defect or faulty manufacture;

   f. rust or fouling;

   g. breakage, marring, scratching, tearing, or denting unless caused by fire, thieves, or accidents to conveyances; or

   h. infidelity of an ***insured's*** employees or persons to whom the insured property may be entrusted or rented;

   However, ***we*** will pay for any resulting loss from items 1.a., 1.b., 1.e., 1.f., and 1.g. unless the resulting loss is itself a Loss Not Insured.

2. ***Our*** limit for loss by any Coverage B peril except theft is the limit shown in the ***Declarations*** for Coverage B, plus the aggregate limit;

3. ***Our*** limits for loss by theft are those shown in the ***Declarations*** for this option. These limits apply in lieu of the Coverage B theft limit; and

4. ***Our*** limits for loss by any covered peril except those in items 2. and 3. above are those shown in the ***Declarations*** for this option.

**Option ID – Increased Dwelling Limit.** ***We*** will settle losses to damaged building structures covered under **COVERAGE A – DWELLING** according to the **Loss Settlement Provision** shown in the ***Declarations***.

1. If the amount ***you*** actually and necessarily spend to repair or replace the damaged ***dwelling*** exceeds the limit of liability shown in the ***Declarations*** for Coverage A – Dwelling, ***we*** will pay the additional amounts not to exceed the Option ID limit shown in the ***Declarations***.

2. If the amount ***you*** actually and necessarily spend to repair or replace damaged building structures covered under **COVERAGE A – DWELLING, Other Structures** exceeds the limit of liability shown in the ***Declarations*** for Other Structures, ***we*** will pay the additional amounts not to exceed 10% of the Option ID limit shown in the ***Declarations***.

**Report Increased Values.** ***You*** must notify ***us*** within 90 days of the start of construction on any new building structure costing $5,000 or more; or any additions to or remodeling of building structures that increase their values by $5,000 or more. ***You*** must pay any additional premium due for the increased value. ***We*** will not pay more than the applicable limit of liability shown in the ***Declarations*** if ***you*** fail to notify ***us*** of the increased value within 90 days.

**Option IO – Business Occupancy.** The coverage provided by this option applies only to that ***business*** occupancy on file with ***us***.

1. **COVERAGE A – DWELLING, Other Structures,** item 2.a. is deleted.


©, Copyright, State Farm Mutual Automobile Insurance Company, 2023

2. **COVERAGE B – PERSONAL PROPERTY** is extended to include equipment, supplies, and furnishings usual and incidental to this ***business*** occupancy. This Optional Policy Provision does not include electronic data processing system equipment or the recording or storage media used with that equipment or merchandise held as samples or for sale or for delivery after sale.

   The Option IO limits are shown in the ***Declarations***. The first limit applies to property on the ***residence premises***. The second limit applies to property while off the ***residence premises***. These limits are in addition to the **COVERAGE B – PERSONAL PROPERTY, Special Limits of Liability** on ***business*** property.

3. Under Section II, the ***residence premises*** is not considered ***business*** property because an ***insured*** occupies a part of it as that ***business*** occupancy on file with ***us***.

4. **SECTION II – EXCLUSIONS**, item 1.b. is replaced with the following:

   b. ***bodily injury*** or ***property damage*** arising out of ***business*** pursuits of any ***insured***. This exclusion does not apply:

      (1) to activities that are ordinarily incident to non-***business*** pursuits;

      (2) to incidental ***business*** activities:

         (a) conducted by an ***insured*** who is younger than 21 years of age;

         (b) that produce revenues of no more than $2,500 during the policy period; or

         (c) a combination of (a) and (b) above; or

      (3) to ***business*** pursuits of an ***insured*** that are necessary to the use of the ***residence premises*** as that ***business*** occupancy on file with ***us***;

5. **SECTION I AND SECTION II – CONDITIONS** are modified as follows:

   a. **Cancellation**

      (1) Item b.(1) reference to 10 days notice is changed to 15 days notice;

      (2) Item b.(2) reference to 10 days notice is changed to 45 days notice; and

      (3) Item b.(3) reference to 30 days notice is changed to 45 days notice.

   b. **Nonrenewal**

      Reference to 30 days notice is changed to 45 days notice.

6. This insurance does not apply to:

   a. ***bodily injury*** to an employee of an ***insured*** arising out of the ***residence premises*** as a ***business*** other than to a ***residence employee*** while engaged in the employee's employment by an ***insured***;

   b. ***bodily injury*** to a student arising out of corporal punishment administered by or at the direction of the ***insured***;

   c. liability arising out of any acts, errors, or omissions of an ***insured***, or any other person for whose acts an ***insured*** is liable, resulting from the preparation or approval of data, plans, designs, opinions, reports, programs, specifications, supervisory inspections, or engineering services in the conduct of an ***insured's business*** involving data processing, computer consulting, or computer programming; or

   d. any claim made or suit brought against any ***insured*** by:

      (1) any person in the care of any ***insured*** because of child care services provided by or at the direction of:

         (a) any ***insured***;

         (b) any employee of any ***insured***; or

         (c) any other person actually or apparently acting on behalf of any ***insured***; or

      (2) any person who makes a claim because of ***bodily injury*** to any person in the care of any ***insured*** because of child care services provided by or at the direction of:

         (a) any ***insured***;

         (b) any employee of any ***insured***; or

         (c) any other person actually or apparently acting on behalf of any ***insured***.


©, Copyright, State Farm Mutual Automobile Insurance Company, 2023

Coverage M does not apply to any person indicated in d.(1) and d.(2) above.

This exclusion does not apply to the incidental child care services:

(1) provided by an ***insured*** who is younger than 21 years of age;

(2) that produce revenues of no more than $2,500 during the policy period; or

(3) a combination of (1) and (2) above.

**Option JF – Jewelry and Furs.** Jewelry, watches, fur garments and garments trimmed with fur, precious and semi-precious stones, gold other than goldware or gold-plated ware, silver other than silverware or silver-plated ware, and platinum are covered for accidental direct physical loss or damage.

The limits for this option are shown in the ***Declarations***. The first amount is the limit for any one article; the second amount is the aggregate limit for each loss. All provisions and exclusions of **SECTION I – LOSSES INSURED, COVERAGE B – PERSONAL PROPERTY, Theft** apply to Option JF.

The following additional provisions apply:

1. ***We*** will not pay for any loss to the property described in this option either consisting of, or directly and immediately caused by, one or more of the following:

   a. mechanical breakdown, wear and tear, or gradual deterioration;

   b. all animals, owned or kept by an ***insured***, birds, vermin, rodents, or insects, including nesting, infestation, gnawing, feeding, breeding, or discharge or release of waste products or secretions by animals, owned or kept by an ***insured***, birds, vermin, rodents, or insects. However, ***we*** will pay for losses caused by wild bears or deer;

   c. inherent vice; or

   d. seizure or destruction under quarantine or customs regulations;

   However, ***we*** will pay for any resulting loss from items 1.a., 1.b., and 1.c. unless the resulting loss is itself a Loss Not Insured.

2. ***Our*** limit for loss by any Coverage B peril except theft is the limit shown in the ***Declarations*** for Coverage B, plus the aggregate limit;

3. Our limits for loss by theft are those shown in the ***Declarations*** for this option. These limits apply in lieu of the Coverage B theft limit; and

4. ***Our*** limits for loss by any covered peril except those in items 2. and 3. above are those shown in the ***Declarations*** for this option.

**Option OL – Building Ordinance or Law.**

1. **Coverage Provided.** The total limit of insurance provided by this option will not exceed an amount equal to the Option OL percentage shown in the ***Declarations*** of the Coverage A limit shown in the ***Declarations*** at the time of the loss, as adjusted by the Inflation Coverage provisions of this policy. This is an additional amount of insurance and applies to a covered building or other structure on the ***residence premises***.

2. **Damaged Portions of Building or Other Structure.** When a building or other structure covered under **COVERAGE A – DWELLING** is damaged by a ***loss insured***, ***we*** will pay for the increased cost to repair or rebuild the physically damaged portion of the covered building or other structure caused by the enforcement of a building, zoning, or land use ordinance or law if the enforcement is directly caused by the same ***loss*** insured and the requirement is in effect at the time the ***loss*** insured occurs.

3. **Undamaged Portions of Damaged Building or Other Structure.** When a building or other structure covered under **COVERAGE A – DWELLING** is damaged by a ***loss insured***, ***we*** will also pay for:

   a. the cost to demolish and clear the site of the undamaged portions of the covered building or other structure caused by the enforcement of a building, zoning, or land use ordinance or law if the enforcement is directly caused by the same ***loss insured*** and the requirement is in effect at the time the ***loss insured*** occurs; and

   b. loss to the undamaged portion of the covered building or other structure caused by enforcement of any ordinance or law if:

      (1) the enforcement is directly caused by the same ***loss insured***;

      (2) the enforcement requires the demolition of portions of the same covered building or


©, Copyright, State Farm Mutual Automobile Insurance Company, 2023

other structure not damaged by the same ***loss insured***;

(3) the ordinance or law regulates the construction or repair of the covered building or other structure, or establishes zoning or land use requirements at the described premises, and

(4) the ordinance or law is in force at the time of the occurrence of the same ***loss insured***; or

c. legally required changes to the undamaged portion of the covered building or other structure caused by the enforcement of a building, zoning, or land use ordinance or law, if:

(1) the enforcement is directly caused by the same ***loss insured***;

(2) the requirement is in effect at the time the ***loss insured*** occurs; and

(3) the legally required changes are made to the undamaged portions of specific building or other structure features, systems, or components that have not been physically damaged by the ***loss insured***.

***We*** will not pay for legally required changes to specific building or other structure features, systems, or components that have not been physically damaged by the ***loss insured***.

4. **Building Ordinance or Law Coverage Limitations.**

a. ***We*** will not pay for any increased cost of construction until the covered building or other structure is actually repaired or replaced at the same or another premises in the same general vicinity.

b. ***We*** will not pay more under this coverage than the amount ***you*** actually spend:

(1) for the increased cost to repair or rebuild the covered building or other structure at the same or another premises in the same general vicinity if relocation is required by ordinance or law; and

(2) to demolish and clear the site of the undamaged portions of the covered building or other structure caused by enforcement of building, zoning, or land use ordinance or law.

***We*** will not pay for more than a building or other structure of the same height, floor area, and style on the same or similar premises as the covered building or other structure, subject to the limit provided in paragraph 1. **Coverage Provided** of this option.


©, Copyright, State Farm Mutual Automobile Insurance Company, 2023

# EXHIBIT B

**Elite Certified Contractors LLC**

1934 Old Gallows Rd. Suite 350-A,
Vienna, VA 22182
Phone: (703) 424-8826

Insured: Anthony Schleig
Property: 287 W King Street
Strasburg, VA 22657

Claim Rep.: Tim Thompson
Business: 1934 Old Gallows Rd. Suite 350
Tysons Corner, VA 22182
Business: (703) 943-7397
Company: Elite Certified Contractors
E-mail: tim@elitecertifiedcontractors.com

Estimator: Tim Thompson
Company: Elite Certified Contractors
Business: 1934 Old Gallows Rd. Suite 350
Tysons Corner, VA 22182
Business: (703) 943-7397
E-mail: tim@elitecertifiedcontractors.com

**Claim Number:** 4692G234X **Policy Number:** 46-GB-F258-3 **Type of Loss:** Storm damage

Date of Loss: 6/25/2025 12:00 PM
Date Inspected: 5/20/2026 2:00 PM
Date Received:
Date Entered: 5/31/2026 5:05 PM

Price List: VAWI8X_02MAY26
Restoration/Service/Remodel
Estimate: SCHLEIG

**Elite Certified Contractors LLC**

1934 Old Gallows Rd. Suite 350-A,
Vienna, VA 22182
Phone: (703) 424-8826

**SCHLEIG**

**SKETCH1**

**First Floor**




**Parlor** **Height: 10'**

| | |
|---|---|
| 557.80 SF Walls | 253.32 SF Ceiling |
| 811.12 SF Walls & Ceiling | 253.32 SF Floor |
| 28.15 SY Flooring | 52.45 LF Floor Perimeter |
| 62.45 LF Ceil. Perimeter | |

| | | |
|---|---|---|
| **Missing Wall - Goes to Floor** | **5' X 6' 8"** | **Opens into FIRST_LEVEL_** |
| **Missing Wall - Goes to Floor** | **5' X 6' 8"** | **Opens into ROOM17** |

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 1. Contents - move out then reset - Large room | 1.00 EA | 99.54 | 0.00 | 24.88 | 124.42 | (0.00) | 124.42 |
| 2. Tear off plaster on wood lath | 64.00 SF | 1.85 | 0.00 | 29.60 | 148.00 | (0.00) | 148.00 |
| 3. Acoustic plaster over metal lath | 64.00 SF | 14.37 | 11.16 | 232.71 | 1,163.55 | (0.00) | 1,163.55 |
| 4. Two coat plaster (no lath) | 189.32 SF | 8.52 | 10.44 | 405.87 | 2,029.32 | (0.00) | 2,029.32 |
| 5. Wallpaper - Premium grade | 557.80 SF | 4.38 | 52.62 | 623.95 | 3,119.74 | (0.00) | 3,119.74 |
| 6. Seal/prime (1 coat) then paint (2 coats) the ceiling | 253.32 SF | 1.46 | 4.97 | 93.72 | 468.54 | (0.00) | 468.54 |
| 7. Final cleaning - construction - Residential | 253.32 SF | 0.30 | 0.00 | 19.00 | 95.00 | (0.00) | 95.00 |
| **Totals: Parlor** | | | **79.19** | **1,429.73** | **7,148.57** | **0.00** | **7,148.57** |




**First Level Main Hallway** **Height: 10'**

| | |
|---|---|
| 635.00 SF Walls | 167.37 SF Ceiling |
| 802.37 SF Walls & Ceiling | 167.37 SF Floor |
| 18.60 SY Flooring | 61.83 LF Floor Perimeter |
| 66.83 LF Ceil. Perimeter | |

| | | |
|---|---|---|
| **Missing Wall** | **3' 4" X 10'** | **Opens into Exterior** |
| **Missing Wall - Goes to Floor** | **5' X 6' 8"** | **Opens into PARLOR** |

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 8. Contents - move out then reset - Small room | 1.00 EA | 49.84 | 0.00 | 12.46 | 62.30 | (0.00) | 62.30 |
| 9. Tear off plaster on wood lath | 64.00 SF | 1.85 | 0.00 | 29.60 | 148.00 | (0.00) | 148.00 |
| 10. Acoustic plaster over metal lath | 64.00 SF | 14.37 | 11.16 | 232.71 | 1,163.55 | (0.00) | 1,163.55 |
| 11. Two coat plaster (no lath) | 103.37 SF | 8.52 | 5.70 | 221.61 | 1,108.03 | (0.00) | 1,108.03 |

**CONTINUED - First Level Main Hallway**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 12. Wallpaper - Premium grade | 635.00 SF | 4.38 | 59.91 | 710.31 | 3,551.52 | (0.00) | 3,551.52 |
| 13. Seal/prime (1 coat) then paint (2 coats) the ceiling | 167.37 SF | 1.46 | 3.28 | 61.91 | 309.55 | (0.00) | 309.55 |
| 14. Final cleaning - construction - Residential | 167.37 SF | 0.30 | 0.00 | 12.55 | 62.76 | (0.00) | 62.76 |
| **Totals: First Level Main Hallway** | | | **80.05** | **1,281.15** | **6,405.71** | **0.00** | **6,405.71** |




**Front Stairway** **Height: 17' 5"**

| | |
|---|---|
| 267.02 SF Walls | 33.25 SF Ceiling |
| 300.27 SF Walls & Ceiling | 59.14 SF Floor |
| 6.57 SY Flooring | 15.90 LF Floor Perimeter |
| 22.33 LF Ceil. Perimeter | |

| | | |
|---|---|---|
| **Missing Wall** | **3' X 17' 4 9/16"** | **Opens into Exterior** |
| **Missing Wall - Goes to Floor** | **9' 2" X 6' 8"** | **Opens into Exterior** |




**Subroom: Stairs8 (1)** **Height: 9' 3"**

| | |
|---|---|
| 32.23 SF Walls | 5.50 SF Ceiling |
| 37.73 SF Walls & Ceiling | 12.38 SF Floor |
| 1.38 SY Flooring | 4.43 LF Floor Perimeter |
| 3.83 LF Ceil. Perimeter | |

| | | |
|---|---|---|
| **Missing Wall** | **3' X 9' 3"** | **Opens into STAIRS7** |




**Subroom: Stairs7 (2)** **Height: 9' 3"**

| | |
|---|---|
| 58.59 SF Walls | 10.01 SF Ceiling |
| 68.60 SF Walls & Ceiling | 10.03 SF Floor |
| 1.11 SY Flooring | 6.33 LF Floor Perimeter |
| 6.33 LF Ceil. Perimeter | |

| | | |
|---|---|---|
| **Missing Wall** | **3' X 9' 3"** | **Opens into FRONT_STAIRW** |
| **Missing Wall** | **3' X 9' 3"** | **Opens into STAIRS8** |

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|

**Elite Certified Contractors LLC**

1934 Old Gallows Rd. Suite 350-A,
Vienna, VA 22182
Phone: (703) 424-8826

**CONTINUED - Front Stairway**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 15. Contents - move out then reset - Small room | 1.00 EA | 49.84 | 0.00 | 12.46 | 62.30 | (0.00) | 62.30 |
| 16. Tear off plaster on wood lath | 64.00 SF | 1.85 | 0.00 | 29.60 | 148.00 | (0.00) | 148.00 |
| 17. Acoustic plaster over metal lath | 64.00 SF | 14.37 | 11.16 | 232.71 | 1,163.55 | (0.00) | 1,163.55 |
| 18. Two coat plaster (no lath) | 16.76 SF | 8.52 | 0.92 | 35.94 | 179.66 | (0.00) | 179.66 |
| 19. Wallpaper - Premium grade | 357.84 SF | 4.38 | 33.76 | 400.27 | 2,001.37 | (0.00) | 2,001.37 |
| 20. Seal/prime (1 coat) then paint (2 coats) the ceiling | 48.76 SF | 1.46 | 0.96 | 18.04 | 90.19 | (0.00) | 90.19 |
| 21. Final cleaning - construction - Residential | 81.54 SF | 0.30 | 0.00 | 6.12 | 30.58 | (0.00) | 30.58 |
| **Totals: Front Stairway** | | | **46.80** | **735.14** | **3,675.65** | **0.00** | **3,675.65** |




**First Floor Hall Half Bath** **Height: 10'**

| | | | |
|---|---|---|---|
| 155.00 | SF Walls | 14.81 | SF Ceiling |
| 169.81 | SF Walls & Ceiling | 14.81 | SF Floor |
| 1.65 | SY Flooring | 15.50 | LF Floor Perimeter |
| 15.50 | LF Ceil. Perimeter | | |

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 22. Contents - move out then reset - Small room | 1.00 EA | 49.84 | 0.00 | 12.46 | 62.30 | (0.00) | 62.30 |
| 23. Acoustic ceiling tile - Premium grade | 32.00 SF | 6.22 | 5.27 | 51.08 | 255.39 | (0.00) | 255.39 |
| 24. Tear off plaster on wood lath | 16.00 SF | 1.85 | 0.00 | 7.40 | 37.00 | (0.00) | 37.00 |
| 25. Acoustic plaster over metal lath | 16.00 SF | 14.37 | 2.79 | 58.18 | 290.89 | (0.00) | 290.89 |
| 26. Wallpaper - Premium grade | 155.00 SF | 4.38 | 14.62 | 173.38 | 866.90 | (0.00) | 866.90 |
| 27. Seal/prime (1 coat) then paint (2 coats) the ceiling | 14.81 SF | 1.46 | 0.29 | 5.47 | 27.38 | (0.00) | 27.38 |
| 28. Final cleaning - construction - Residential | 14.81 SF | 0.30 | 0.00 | 1.11 | 5.55 | (0.00) | 5.55 |
| **Totals: First Floor Hall Half Bath** | | | **22.97** | **309.08** | **1,545.41** | **0.00** | **1,545.41** |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Total: First Floor** | **229.01** | **3,755.10** | **18,775.34** | **0.00** | **18,775.34** |

**Second Floor**

**Elite Certified Contractors LLC**

1934 Old Gallows Rd. Suite 350-A,
Vienna, VA 22182
Phone: (703) 424-8826



**Rear Green Kitchen** — **Height: 8' 10"**

| | |
|---|---|
| 450.50 SF Walls | 113.65 SF Ceiling |
| 564.15 SF Walls & Ceiling | 113.65 SF Floor |
| 12.63 SY Flooring | 51.00 LF Floor Perimeter |
| 51.00 LF Ceil. Perimeter | |

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 29. Tear off plaster on wood lath | 113.65 SF | 1.85 | 0.00 | 52.57 | 262.82 | (0.00) | 262.82 |
| 30. Acoustic plaster over metal lath | 32.00 SF | 14.37 | 5.58 | 116.36 | 581.78 | (0.00) | 581.78 |
| 31. Two coat plaster (no lath) | 81.65 SF | 8.52 | 4.50 | 175.05 | 875.21 | (0.00) | 875.21 |
| 32. Cabinetry - lower (base) units - Detach & reset | 12.00 LF | 76.60 | 0.00 | 229.80 | 1,149.00 | (0.00) | 1,149.00 |
| 33. Tile - vinyl composition | 113.65 SF | 3.77 | 7.89 | 109.09 | 545.44 | (0.00) | 545.44 |
| 34. Seal/prime (1 coat) then paint (2 coats) the walls and ceiling - 2 colors | 564.15 SF | 1.76 | 11.06 | 251.00 | 1,254.96 | (0.00) | 1,254.96 |
| 35. Floor protection - self-adhesive plastic film | 113.65 SF | 0.69 | 0.84 | 19.81 | 99.07 | (0.00) | 99.07 |
| 36. Mask and prep for paint - plastic, paper, tape (per LF) | 51.00 LF | 1.48 | 0.73 | 19.05 | 95.26 | (0.00) | 95.26 |
| 37. Light fixture - Premium grade | 1.00 EA | 204.90 | 7.42 | 53.07 | 265.39 | (0.00) | 265.39 |
| 38. Light bulb - Incand. standard bulb - 1000 hr - mat. only | 1.00 EA | 1.08 | 0.06 | 0.29 | 1.43 | (0.00) | 1.43 |
| 39. Final cleaning - construction - Residential | 113.65 SF | 0.30 | 0.00 | 8.53 | 42.63 | (0.00) | 42.63 |
| **Totals: Rear Green Kitchen** | | | **38.08** | **1,034.62** | **5,172.99** | **0.00** | **5,172.99** |



**Deck** — **Height: 8' 10"**

| | |
|---|---|
| 215.68 SF Walls | 61.60 SF Ceiling |
| 277.28 SF Walls & Ceiling | 61.60 SF Floor |
| 6.84 SY Flooring | 24.42 LF Floor Perimeter |
| 24.42 LF Ceil. Perimeter | |

| | | |
|---|---|---|
| **Missing Wall** | **7' 9" X 8' 10"** | **Opens into Exterior** |
| **Missing Wall** | **4' 6" X 8' 10"** | **Opens into Exterior** |

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 40. Soffit - wood - tongue & groove | 61.60 SF | 11.82 | 23.18 | 187.84 | 939.13 | (0.00) | 939.13 |
| 41. Prime & paint exterior soffit - wood | 61.60 SF | 2.48 | 1.73 | 38.63 | 193.13 | (0.00) | 193.13 |
| 42. Copper panel - flat seam - 20 oz | 61.60 SF | 39.70 | 96.70 | 635.56 | 3,177.78 | (0.00) | 3,177.78 |
| The floor of the porch is a flat-seam tin roofing panel. This type of roofing has been discontinued for over a decade. The next closest product available is flat-seam copper. | | | | | | | |
| 43. Prime & paint metal roofing | 61.60 SF | 1.04 | 0.95 | 16.26 | 81.27 | (0.00) | 81.27 |

**Elite Certified Contractors LLC**

1934 Old Gallows Rd. Suite 350-A,
Vienna, VA 22182
Phone: (703) 424-8826

**CONTINUED - Deck**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 44. Light fixture | 1.00 EA | 86.09 | 1.90 | 22.00 | 109.99 | (0.00) | 109.99 |
| 45. Light bulb - Incand. standard bulb - 1000 hr - mat. only | 1.00 EA | 1.08 | 0.06 | 0.29 | 1.43 | (0.00) | 1.43 |
| 46. Final cleaning - construction - Residential | 61.60 SF | 0.30 | 0.00 | 4.62 | 23.10 | (0.00) | 23.10 |
| **Totals: Deck** | | | **124.52** | **905.20** | **4,525.83** | **0.00** | **4,525.83** |




**Upstairs Back Hallway** **Height: 8' 10"**

| | |
|---|---|
| 371.00 SF Walls | 87.04 SF Ceiling |
| 458.04 SF Walls & Ceiling | 87.04 SF Floor |
| 9.67 SY Flooring | 42.00 LF Floor Perimeter |
| 42.00 LF Ceil. Perimeter | |

**Missing Wall** **4' 6" X 8' 10"** **Opens into Exterior**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 47. Contents - move out then reset - Small room | 1.00 EA | 49.84 | 0.00 | 12.46 | 62.30 | (0.00) | 62.30 |
| 48. Acoustic ceiling tile - Premium grade | 32.00 SF | 6.22 | 5.27 | 51.08 | 255.39 | (0.00) | 255.39 |
| 49. Two coat plaster over metal lath | 54.00 SF | 12.04 | 5.55 | 163.93 | 819.64 | (0.00) | 819.64 |
| 50. Light fixture - Premium grade | 1.00 EA | 204.90 | 7.42 | 53.07 | 265.39 | (0.00) | 265.39 |
| 51. Light bulb - Incand. standard bulb - 1000 hr - mat. only | 1.00 EA | 1.08 | 0.06 | 0.29 | 1.43 | (0.00) | 1.43 |
| 52. Baseboard - 6" hardwood - molded w/detail | 10.00 LF | 11.13 | 4.13 | 28.86 | 144.29 | (0.00) | 144.29 |
| 53. Wallpaper - Premium grade | 458.04 SF | 4.38 | 43.21 | 512.35 | 2,561.77 | (0.00) | 2,561.77 |
| 54. Wallpaper border - Premium grade | 42.00 LF | 5.16 | 5.81 | 55.63 | 278.16 | (0.00) | 278.16 |
| 55. Seal (1 coat) & paint (2 coats) baseboard, oversized | 42.00 LF | 2.54 | 0.71 | 26.85 | 134.24 | (0.00) | 134.24 |
| 56. Casing - 2 1/4" | 15.00 LF | 3.31 | 1.25 | 12.74 | 63.64 | (0.00) | 63.64 |
| 57. Window sill | 3.00 LF | 4.24 | 0.16 | 3.23 | 16.11 | (0.00) | 16.11 |
| 58. Paint door or window opening - 2 coats (per side) | 1.00 EA | 35.18 | 0.35 | 8.89 | 44.42 | (0.00) | 44.42 |
| 59. Oak flooring - clear grade - no finish | 87.04 SF | 15.45 | 43.41 | 347.05 | 1,735.23 | (0.00) | 1,735.23 |
| 60. Sand, stain, and finish wood floor | 87.04 SF | 4.78 | 5.77 | 105.47 | 527.29 | (0.00) | 527.29 |
| 61. Add for dustless floor sanding | 87.04 SF | 1.00 | 0.00 | 21.76 | 108.80 | (0.00) | 108.80 |
| **Totals: Upstairs Back Hallway** | | | **123.10** | **1,403.66** | **7,018.10** | **0.00** | **7,018.10** |

**Elite Certified Contractors LLC**

1934 Old Gallows Rd. Suite 350-A,
Vienna, VA 22182
Phone: (703) 424-8826



**Front Upstairs Stairway/Hallway** **Height: 8' 10"**

| | | | |
|---|---|---|---|
| 373.94 | SF Walls | 108.33 | SF Ceiling |
| 482.28 | SF Walls & Ceiling | 64.58 | SF Floor |
| 7.18 | SY Flooring | 42.33 | LF Floor Perimeter |
| 42.33 | LF Ceil. Perimeter | | |

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 62. Contents - move out then reset - Small room | 1.00 EA | 49.84 | 0.00 | 12.46 | 62.30 | (0.00) | 62.30 |
| 63. Wallpaper - Premium grade | 482.28 SF | 4.38 | 45.50 | 539.48 | 2,697.37 | (0.00) | 2,697.37 |
| 64. Seal/prime (1 coat) then paint (2 coats) the ceiling | 108.33 SF | 1.46 | 2.12 | 40.07 | 200.35 | (0.00) | 200.35 |
| 65. Light fixture | 1.00 EA | 86.09 | 1.90 | 22.00 | 109.99 | (0.00) | 109.99 |
| 66. Light bulb - Incand. standard bulb - 1000 hr - mat. only | 1.00 EA | 1.08 | 0.06 | 0.29 | 1.43 | (0.00) | 1,43 |
| 67. Final cleaning - construction - Residential | 64.58 SF | 0.30 | 0.00 | 4.85 | 24.22 | (0.00) | 24.22 |
| **Totals: Front Upstairs Stairway/Hallway** | | | **49.58** | **619.15** | **3,095.66** | **0.00** | **3,095.66** |

| | | | | | |
|---|---|---|---|---|---|
| **Total: Second Floor** | **335.28** | **3,962.63** | **19,812.58** | **0.00** | **19,812.58** |
| **Total: SKETCH1** | **564.29** | **7,717.73** | **38,587.92** | **0.00** | **38,587.92** |

**Roof/Exterior**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 68. Roofing (Bid Item) | 1.00 EA | 99,047.48 | 0.00 | 24,761.87 | 123,809.35 | (0.00) | 123,809.35 |

Bid item from ARCAM Construction Inc, the contractor who performed an estimate at the request of State Farm. The estimate is dated 10/31/2025. This bid is based on the pre-GCOP price with the correct 15&10 GCOP added. This bid also subtracts the chimney pricing from the preferred contractor because the Elite Certified Contractors provided a separate bid for the chimney work.

**The following line items are for the metal roof sections:**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 69. Metal roofing - Premium grade | 943.00 SF | 14.35 | 242.40 | 3,443.61 | 17,218.06 | (0.00) | 17,218.06 |

Replacement cost for metal roofing damaged by falling debris. Current roof panel is a 25-guauge standing-seam tin roof panel, which is no longer made. The next closest panel available without penalizing the policyholder is a 24-guage standing seam metal roof panel, which is properly priced with the Metal Roofing - Premium Grade line item

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 70. Roofing felt - 15 lb. | 5.50 SQ | 40.17 | 2.40 | 55.83 | 279.17 | (0.00) | 279.17 |
| 71. Ice & water barrier - High temp | 393.00 SF | 2.23 | 16.45 | 223.22 | 1,116.06 | (0.00) | 1,116.06 |
| 72. Hip / Ridge cap - metal roofing | 9.35 LF | 7.24 | 1.47 | 17.29 | 86.45 | (0.00) | 86.45 |
| 73. Valley metal - (W) profile | 22.88 LF | 8.46 | 4.03 | 49.39 | 246.99 | (0.00) | 246.99 |
| 74. ROOFING | 22.00 EA | 0.00 | 0.00 | 0.00 | 0.00 | (0.00) | 0.00 |
| **Totals: Roof/Exterior** | | | **266.75** | **28,551.21** | **142,756.08** | **0.00** | **142,756.08** |

**Elite Certified Contractors LLC**

1934 Old Gallows Rd. Suite 350-A,
Vienna, VA 22182
Phone: (703) 424-8826

**Chimney**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 75. Fireplaces (Bid Item) | 1.00 EA | 32,800.00 | 0.00 | 8,200.00 | 41,000.00 | (0.00) | 41,000.00 |
| Bid item from Shamrock Chimney dated 6-4-2026 | | | | | | | |
| **Totals: Chimney** | | | **0.00** | **8,200.00** | **41,000.00** | **0.00** | **41,000.00** |

**Debris Removal**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 76. Dumpster load - Approx. 12 yards, 1-3 tons of debris | 1.00 EA | 506.67 | 0.00 | 126.67 | 633.34 | (0.00) | 633.34 |
| For interior debris | | | | | | | |
| **Totals: Debris Removal** | | | **0.00** | **126.67** | **633.34** | **0.00** | **633.34** |

**Labor Minimums Applied**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 77. Electrical labor minimum | 1.00 EA | 10.53 | 0.00 | 2.63 | 13.16 | (0.00) | 13.16 |
| 78. Siding labor minimum | 1.00 EA | 36.70 | 0.00 | 9.18 | 45.88 | (0.00) | 45.88 |
| 79. Acoustic ceiling tile labor minimum | 1.00 EA | 90.96 | 0.00 | 22.74 | 113.70 | (0.00) | 113.70 |
| 80. Finish carpentry labor minimum | 1.00 EA | 142.58 | 0.00 | 35.65 | 178.23 | (0.00) | 178.23 |
| **Totals: Labor Minimums Applied** | | | **0.00** | **70.20** | **350.97** | **0.00** | **350.97** |
| **Line Item Totals: SCHLEIG** | | | **831.04** | **44,665.81** | **223,328.31** | **0.00** | **223,328.31** |

## Grand Total Areas:

| | | | | | |
|---|---|---|---|---|---|
| 11,915.51 | SF Walls | 3,316.87 | SF Ceiling | 15,232.38 | SF Walls and Ceiling |
| 3,338.68 | SF Floor | 370.96 | SY Flooring | 1,241.92 | LF Floor Perimeter |
| 0.00 | SF Long Wall | 0.00 | SF Short Wall | 1,313.06 | LF Ceil. Perimeter |
| 3,338.68 | Floor Area | 3,584.71 | Total Area | 11,114.18 | Interior Wall Area |
| 4,840.13 | Exterior Wall Area | 484.26 | Exterior Perimeter of Walls | | |
| 0.00 | Surface Area | 0.00 | Number of Squares | 0.00 | Total Perimeter Length |
| 0.00 | Total Ridge Length | 0.00 | Total Hip Length | | |

**Elite Certified Contractors LLC**

1934 Old Gallows Rd. Suite 350-A,
Vienna, VA 22182
Phone: (703) 424-8826

## Summary for Dwelling

| | |
|---|---|
| Line Item Total | 177,831.46 |
| Material Sales Tax | 831.04 |
| Subtotal | 178,662.50 |
| Overhead | 26,799.46 |
| Profit | 17,866.35 |
| **Replacement Cost Value** | **$223,328.31** |
| **Net Claim** | **$223,328.31** |

Tim Thompson

**Elite Certified Contractors LLC**

1934 Old Gallows Rd. Suite 350-A,
Vienna, VA 22182
Phone: (703) 424-8826

## Recap of Taxes, Overhead and Profit

| | Overhead (15%) | Profit (10%) | Material Sales Tax (5.3%) | Manuf. Home Tax (5.3%) | Storage Rental Tax (5.3%) | Food Tax (1%) |
|---|---|---|---|---|---|---|
| **Line Items** | | | | | | |
| | 26,799.46 | 17,866.35 | 831.04 | 0.00 | 0.00 | 0.00 |
| **Total** | | | | | | |
| | **26,799.46** | **17,866.35** | **831.04** | **0.00** | **0.00** | **0.00** |

ELITE Elite Certified Contractors LLC
1934 Old Gallows Rd. Suite 350-A,
Vienna, VA 22182
Phone: (703) 424-8826

## Recap by Room

**Estimate: SCHLEIG**

**Area: SKETCH1**

| | | |
|---|---|---|
| **Area: First Floor** | | |
| Parlor | 5,639.65 | 3.17% |
| First Level Main Hallway | 5,044.51 | 2.84% |
| Front Stairway | 2,893.71 | 1.63% |
| First Floor Hall Half Bath | 1,213.36 | 0.68% |
| **Area Subtotal: First Floor** | 14,791.23 | 8.32% |
| **Area: Second Floor** | | |
| Rear Green Kitchen | 4,100.29 | 2.31% |
| Deck | 3,496.11 | 1.97% |
| Upstairs Back Hallway | 5,491.34 | 3.09% |
| Front Upstairs Stairway/Hallway | 2,426.93 | 1.36% |
| **Area Subtotal: Second Floor** | 15,514.67 | 8.72% |
| **Area Subtotal: SKETCH1** | 30,305.90 | 17.04% |
| Roof/Exterior | 113,938.12 | 64.07% |
| Chimney | 32,800.00 | 18.44% |
| Debris Removal | 506.67 | 0.28% |
| Labor Minimums Applied | 280.77 | 0.16% |
| **Subtotal of Areas** | 177,831.46 | 100.00% |
| **Total** | 177,831.46 | 100.00% |

Elite Certified Contractors LLC

1934 Old Gallows Rd. Suite 350-A,
Vienna, VA 22182
Phone: (703) 424-8826

## Recap by Category

| O&P Items | Total | % |
|---|---|---|
| ACOUSTICAL TREATMENTS | 444.88 | 0.20% |
| CABINETRY | 919.20 | 0.41% |
| CLEANING | 227.06 | 0.10% |
| CONTENT MANIPULATION | 348.74 | 0.16% |
| GENERAL DEMOLITION | 5,573.08 | 2.50% |
| ELECTRICAL | 10.53 | 0.00% |
| FLOOR COVERING - RESILIENT | 281.85 | 0.13% |
| FLOOR COVERING - WOOD | 1,615.46 | 0.72% |
| FINISH CARPENTRY / TRIMWORK | 299.38 | 0.13% |
| FIREPLACES | 32,800.00 | 14.69% |
| LIGHT FIXTURES | 548.34 | 0.25% |
| INTERIOR LATH & PLASTER | 6,946.90 | 3.11% |
| PAINTING | 2,370.67 | 1.06% |
| ROOFING | 115,751.15 | 51.83% |
| SIDING | 36.70 | 0.02% |
| SOFFIT, FASCIA, & GUTTER | 694.85 | 0.31% |
| WALLPAPER | 8,962.67 | 4.01% |
| O&P Items Subtotal | 177,831.46 | 79.63% |
| Material Sales Tax | 831.04 | 0.37% |
| Overhead | 26,799.46 | 12.00% |
| Profit | 17,866.35 | 8.00% |
| Total | 223,328.31 | 100.00% |

# EXHIBIT C-1

**ARCAM CONSTRUCTION INC**
**P O BOX 416**
**FISHERSVILLE VA 22939**
**540-943-1701**
**10/31/2025 12:10 PM**

| | | | |
|---|---|---|---|
| Insured: | ANTHONY SCHLEIG | Estimate: | ANTHONY SCHL1 |
| Property: | 287 W KING ST | Claim Number: | 4692G234X |
| | STRASBURG, VA 22657-1926 | Policy Number: | 46GBF2583 |
| Home: | 540-247-9367 | Price List: | VAWI28_AUG25 |
| Type of Loss: | Wind | | Restoration/Service/Remodel |
| Deductible: | $3,440.00 | | |
| Date of Loss: | 8/21/2025 | | |
| Date Inspected: | 10/30/2025 | | |

## Summary for Dwelling

| | |
|---|---|
| Line Item Total | 119,651.13 |
| Material Sales Tax | 2,614.50 |
| Subtotal | 122,265.63 |
| General Contractor Overhead | 12,226.58 |
| General Contractor Profit | 12,226.58 |
| Replacement Cost Value (Including General Contractor Overhead and Profit) | 146,718.79 |
| Less Deductible | (3,440.00) |
| Net Payment | $143,278.79 |

JEFF HOKE 540-943-1701
540-943-1701

**ALL AMOUNTS PAYABLE ARE SUBJECT TO THE TERMS, CONDITIONS AND LIMITS OF YOUR POLICY.**

## Recap of Taxes, Overhead and Profit

| | GC Overhead (10%) | GC Profit (10%) | Material Sales Tax (5.3%) | Manuf. Home Tax (5.3%) | Storage Rental Tax (5.3%) | Food Tax (1%) |
|---|---|---|---|---|---|---|
| **Line Items** | | | | | | |
| | 12,226.58 | 12,226.58 | 2,614.50 | 0.00 | 0.00 | 0.00 |
| **Total** | | | | | | |
| | **12,226.58** | **12,226.58** | **2,614.50** | **0.00** | **0.00** | **0.00** |

ANTHONY SCHLEIG 10/31/2025 12:10 PM

**ANTHONY SCHL1**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | GCO&P | RCV |
|---|---|---|---|---|---|
| 1. Tear off, haul and dispose of slate roofing | 39.61 SQ | 164.31 | 0.00 | 1,301.66 | 7,809.98 |
| 2. Slate roofing - High grade - 18" to 24" tall | 43.57 SQ | 1,762.39 | 2,174.56 | 15,792.38 | 94,754.27 |
| 3. R&R Cap flashing | 325.00 LF | 23.69 | 219.45 | 1,583.76 | 9,502.46 |
| 4. R&R Chimney flashing - average (32" x 36") - copper | 1.00 EA | 846.36 | 23.06 | 173.90 | 1,043.32 |
| 5. Remove Additional charge for high roof (2 stories or greater) | 39.61 SQ | 5.91 | 0.00 | 46.82 | 280.92 |
| 6. Additional charge for high roof (2 stories or greater) | 39.61 SQ | 24.71 | 0.00 | 195.76 | 1,174.52 |
| 7. Remove Additional charge for steep roof - 7/12 to 9/12 slope | 39.61 SQ | 15.66 | 0.00 | 124.06 | 744.35 |
| 8. Additional charge for steep roof - 7/12 to 9/12 slope | 39.61 SQ | 55.95 | 0.00 | 443.24 | 2,659.42 |
| 9. R&R 1" x 8" lumber (.667 BF per LF) | 100.00 LF | 5.13 | 10.49 | 104.70 | 628.19 |
| 10. R&R Masonry fireplace & chimney - two story home | 1.00 EA | 23,031.21 | 186.94 | 4,643.62 | 27,861.77 |
| 11. Tandem axle dump trailer - per load - including dump fees | 1.00 EA | 216.33 | 0.00 | 43.26 | 259.59 |
| Haul off roof sheathing and chimney debris | | | | | |
| **Total: ANTHONY SCHL1** | | | **2,614.50** | **24,453.16** | **146,718.79** |
| **Line Item Totals: ANTHONY SCHL1** | | | **2,614.50** | **24,453.16** | **146,718.79** |

**Grand Total Areas:**

## Trade Summary

Includes all applicable Tax, General Contractor O&P, and Labor Minimums

| DESCRIPTION | LINE ITEM QTY | REPL. COST TOTAL | GCO&P | ACV | NON-REC. DEPREC. | MAX ADDL. AMT AVAIL. |
|---|---|---|---|---|---|---|
| **DMO GENERAL DEMOLITION** | | | | | | |
| Tandem axle dump trailer - per load - including dump fees | 1.00 EA | $259.59 | $43.26 | $259.59 | $0.00 | $0.00 |
| **TOTAL GENERAL DEMOLITION** | | **$259.59** | **$43.26** | **$259.59** | **$0.00** | **$0.00** |
| **FPL FIREPLACES** | | | | | | |
| R&R Masonry fireplace & chimney - two story home | 1.00 EA | $27,861.77 | $4,643.62 | $27,861.77 | $0.00 | $0.00 |
| **TOTAL FIREPLACES** | | **$27,861.77** | **$4,643.62** | **$27,861.77** | **$0.00** | **$0.00** |
| **FRM FRAMING & ROUGH CARPENTRY** | | | | | | |
| R&R 1" x 8" lumber (.667 BF per LF) | 100.00 LF | $628.19 | $104.70 | $628.19 | $0.00 | $0.00 |
| **TOTAL FRAMING & ROUGH CARPENTRY** | | **$628.19** | **$104.70** | **$628.19** | **$0.00** | **$0.00** |
| **RFG ROOFING** | | | | | | |
| R&R Cap flashing | 325.00 LF | $9,502.46 | $1,583.76 | $9,502.46 | $0.00 | $0.00 |
| R&R Chimney flashing - average (32" x 36") - copper | 1.00 EA | $1,043.32 | $173.90 | $1,043.32 | $0.00 | $0.00 |
| Additional charge for high roof (2 stories or greater) | 39.61 SQ | $1,174.52 | $195.76 | $1,174.52 | $0.00 | $0.00 |
| Remove Additional charge for high roof (2 stories or greater) | 39.61 SQ | $280.92 | $46.82 | $280.92 | $0.00 | $0.00 |
| Tear off, haul and dispose of slate roofing | 39.61 SQ | $7,809.98 | $1,301.66 | $7,809.98 | $0.00 | $0.00 |
| Slate roofing - High grade - 18" to 24" tall | 43.57 SQ | $94,754.27 | $15,792.38 | $94,754.27 | $0.00 | $0.00 |
| Additional charge for steep roof - 7/12 to 9/12 slope | 39.61 SQ | $2,659.42 | $443.24 | $2,659.42 | $0.00 | $0.00 |
| Remove Additional charge for steep roof - 7/12 to 9/12 slope | 39.61 SQ | $744.35 | $124.06 | $744.35 | $0.00 | $0.00 |
| **TOTAL ROOFING** | | **$117,969.24** | **$19,661.58** | **$117,969.24** | **$0.00** | **$0.00** |
| **TOTALS** | | **$146,718.79** | **$24,453.16** | **$146,718.79** | **$0.00** | **$0.00** |

Note: Slight variances may be found within report sections due to rounding

## Recap by Room

| | | |
|---|---|---|
| **Estimate: ANTHONY SCHL1** | **119,651.13** | **100.00%** |
| **Subtotal of Areas** | **119,651.13** | **100.00%** |
| **Total** | **119,651.13** | **100.00%** |

## Recap by Category

| General Contractor O&P Items | Total | % |
|---|---|---|
| GENERAL DEMOLITION | 216.33 | 0.15% |
| FIREPLACES | 23,031.21 | 15.70% |
| FRAMING & ROUGH CARPENTRY | 513.00 | 0.35% |
| ROOFING | 95,890.59 | 65.36% |
| General Contractor O&P Items Subtotal | 119,651.13 | 81.55% |
| Material Sales Tax | 2,614.50 | 1.78% |
| General Contractor Overhead | 12,226.58 | 8.33% |
| General Contractor Profit | 12,226.58 | 8.33% |
| Total | 146,718.79 | 100.00% |

# EXHIBIT C-2

SCHLEIG, ANTHONY 46-92G2-34X

State Farm®

**State Farm Claims**
**P.O. Box 106170**
**Atlanta, GA 30348-6170**
**Fax: 1-844-236-3646**
**statefarmfireclaims@statefarm.com**

# Structural Damage Claim Policy

This estimate is priced based on estimated market pricing for the cost of materials, labor, and other factors at the time of the loss.

Adjustments in market pricing and timing of the repairs may impact the final cost of covered repairs. Should you or the contractor you select have questions concerning our estimate, please contact us. If your contractor's estimate is higher than ours, you should contact us prior to beginning repairs. State Farm will work with you and your contractor to determine the actual and necessary cost of covered repairs at the time repairs will be completed, subject to policy terms, conditions and limits.

- We want you to receive quality repair work to restore the damages to your property.
- We will provide you with a detailed estimate of the scope of the damage and costs of repairs. Should the contractor you select have questions concerning our estimate, they should contact your claim representative directly.
- Depending upon the complexity of your repair, our estimate may or may not include an allowance for general contractor's overhead and profit. If you have questions regarding general contractor's overhead and profit and whether general contractor services are appropriate for your loss, please contact your claim representative before proceeding with repairs.
- There may be building codes, ordinances, laws, or regulations that affect the repairs of your property. These items may or may not be covered by your policy. Please contact your claim representative if you have any questions regarding coverage which may be available under your policy.
- State Farm® cannot authorize any contractor to proceed with work on your property. Repairs should proceed only with your authorization.
- State Farm does not guarantee the quality of the workmanship of any contractor or guarantee that the work will be accomplished within any specific time frame.
- It is understood that the contractor is hired by you, our insured, and that they work for you - not State Farm.

If you have any questions or need additional information regarding your claim, please contact your claim representative immediately.

46-92G2-34X

State Farm

# Building Estimate Summary Guide

**This summary guide is based on a sample estimate and is provided for reference only. Please refer to the estimate for specifics of your claim.**

## State Farm Insurance

| | | | |
|---|---|---|---|
| Insured: | Smith, Joe & Jane | Estimate: | 00-0000-000 |
| Property: | 1 Main Street | Claim number: | 00-0000-000 |
| | Anywhere, IL 00000-0000 | Policy Number: | 00-00-0000-0 |
| Type of Loss: | Other | Price List: | ILBL8F_MAR 13 Restoration/Service/ Remodel F = Factored In, D = Do Not Apply |
| Deductible: | $1,000.00 | | |

### Summary for Dwelling

SAMPLE

| | | | |
|---|---|---|---|
| Line Item Total [1] | | | 5,953.10 |
| Material Sales Tax | @ | 10.000% x 1,520.00 | |
| Subtotal | | | 6,105.10 |
| General Contractor Overhead [2] | @ | 10.0% x 6,105.10 | 610.51 |
| General Contractor Profit | @ | 10.0% x 6,105.10 | |
| Replacement Cost Value (Including General Contractor Overhead and Profit [3] | | | 7,326.12 |
| Less Depreciation (Including Taxes) [4] | | | (832.50) |
| Less General Contractor Overhead & Profit on Recoverable & Non - recoverable Depreciation | | | (166.50) |
| Less Deductible [5] | | | |
| Net Actual Cash Value Payment [6] | | | |

### Maximum Additional Amounts Available If Incurred:

| | | |
|---|---|---|
| Total Line-Item Depreciation (Including Taxes) [4] | 832.50 | |
| Less Non - recoverable Depreciation (Including Taxes) [7] | | |
| Subtotal | | 312.50 |
| General Contractor O&P on Depreciation | 166.50 | |
| Less General Contractor O&P on Non - recoverable Depreciation | | |
| Subtotal | | |
| Total Maximum Additional Amounts Available If Incurred [8] | | |
| Total Amount of Claim If Incurred [9] | | |

Claim Representative

**ALL AMOUNTS PAYABLE ARE SUBJECT TO THE TERMS, CONDITIONS AND LIMITS OF YOUR POLICY.**

1. **Line Item Total –** Total value of all line items in the estimate plus possible adjustments for *labor minimums. Labor Minimum* is to cover a certain minimum number of hours for drive-time, set up time and applicable administrative costs and repairs.
2. **General Contractor's Overhead and Profit –** General contractor's charge for coordinating your repairs.
3. **Replacement Cost Value (RCV) –** Estimated cost to repair or replace damaged property.
4. **Depreciation –** The decrease in the value of property over a period of time due to wear, tear, condition, and obsolescence. A portion or all of this amount may be eligible for replacement cost benefits.
5. **Deductible –** The insurer will pay for losses, up to the policy limits, in excess of your applicable deductible.
6. **Net Actual Cash Value Payment (ACV) –** The repair or replacement cost of the damaged part of the property less *depreciation* and *deductible.*
7. **Non Recoverable Depreciation –** *Depreciation* applied to items that are not eligible for replacement cost benefits.
8. **Total Maximum Additional Amount if Incurred –** Total amount of recoverable depreciation after actual repair or replacement of the property.
9. **Total Amount of Claim if Incurred –** Total amount of the claim, including *net actual cash value payment and total maximum additional amount available if incurred.*

**State Farm Claims**

SCHLEIG, ANTHONY 46-92G2-34X

| | | | |
|---|---|---|---|
| Insured: | SCHLEIG, ANTHONY | Estimate: | 46-92G2-34X |
| Property: | 287 W KING ST | Claim Number: | 4692G234X |
| | STRASBURG, VA 22657-1926 | Policy Number: | 46-GB-F258-3 |
| Cellular: | 540-247-9367 | Price List: | VAWI28_AUG25 |
| Type of Loss: | Other | | Restoration/Service/Remodel |
| Deductible: | $3,440.00 | | |
| Date of Loss: | 8/21/2025 | | |
| Date Inspected: | 10/30/2025 | | |

**Summary for Coverage A - Dwelling - 43 Not Otherwise Classified**

| | |
|---|---|
| Line Item Total | 21,840.52 |
| Material Sales Tax | 243.31 |
| Subtotal | 22,083.83 |
| General Contractor Overhead | 2,208.41 |
| General Contractor Profit | 2,208.41 |
| Replacement Cost Value (Including General Contractor Overhead and Profit) | 26,500.65 |
| Less Deductible | (3,440.00) |
| Net Payment | $23,060.65 |

Routzahn, Lacey
844-458-4300 x 3099945762

**ALL AMOUNTS PAYABLE ARE SUBJECT TO THE TERMS, CONDITIONS AND LIMITS OF YOUR POLICY.**

It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties include imprisonment, fines and denial of insurance benefits.

**State Farm Claims**

SCHLEIG, ANTHONY 46-92G2-34X

**Source - EagleView Roof & Walls**

**Exterior**



**Roof**

3,099.46 Surface Area
436.30 Total Perimeter Length
174.62 Total Hip Length

30.99 Number of Squares
102.33 Total Ridge Length

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | GCO&P | RCV |
|---|---|---|---|---|---|
| 1. R&R Slate roofing - 12" to 18" tall (per SLATE) | 165.00 EA | 48.99 | 40.40 | 1,624.76 | 9,748.51 |
| allowance to repair 55 damaged slates, with allowance of 3 slates per damage piece as repair factor | | | | | |
| 2. Remove Additional charge for high roof (2 stories or greater) | 0.33 SQ | 5.91 | 0.00 | 0.40 | 2.35 |
| 3. Additional charge for high roof (2 stories or greater) | 0.33 SQ | 24.71 | 0.00 | 1.64 | 9.79 |
| 4. Remove Additional charge for steep roof - 7/12 to 9/12 slope | 0.33 SQ | 15.66 | 0.00 | 1.04 | 6.21 |
| 5. Additional charge for steep roof - 7/12 to 9/12 slope | 0.33 SQ | 55.95 | 0.00 | 3.70 | 22.16 |
| 6. R&R Hip / Ridge cap - metal roofing | 12.00 LF | 11.28 | 1.88 | 27.46 | 164.70 |
| **Totals: Roof** | | | **42.28** | **1,659.00** | **9,953.72** |



**Porch Roof**

902.89 Surface Area
135.46 Total Perimeter Length
38.62 Total Hip Length

9.03 Number of Squares
9.35 Total Ridge Length

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | GCO&P | RCV |
|---|---|---|---|---|---|
| 7. R&R Metal roofing - High grade | 902.89 SF | 13.24 | 181.84 | 2,427.22 | 14,563.33 |

**State Farm Claims**

SCHLEIG, ANTHONY 46-92G2-34X

**CONTINUED - Porch Roof**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | GCO&P | RCV |
|---|---|---|---|---|---|
| 8. Roofing felt - 15 lb. | 9.03 SQ | 40.01 | 3.94 | 73.04 | 438.27 |
| 9. Eave trim for metal roofing - 29 gauge | 135.46 LF | 5.69 | 10.19 | 156.20 | 937.16 |
| 10. Hip / Ridge cap - metal roofing | 9.35 LF | 7.23 | 1.47 | 13.82 | 82.89 |
| 11. Valley "W" flashing for metal roofing | 22.88 LF | 9.52 | 3.59 | 44.28 | 265.69 |
| **Totals: Porch Roof** | | | **201.03** | **2,714.56** | **16,287.34** |

Area Totals: Exterior

| | | |
|---|---|---|
| 4,995.92 SF Walls | 465.85 Exterior Perimeter of Walls | 4,995.92 SF Walls and Ceiling |
| 4,995.92 Exterior Wall Area | | 465.85 LF Floor Perimeter |
| 4,002.35 Surface Area | 40.02 Number of Squares | 571.77 Total Perimeter Length |
| 111.68 Total Ridge Length | 213.24 Total Hip Length | |

| | TAX | GCO&P | RCV |
|---|---|---|---|
| **Total: Exterior** | **243.31** | **4,373.56** | **26,241.06** |

Area Totals: Source - EagleView Roof & Walls

| | | |
|---|---|---|
| 4,995.92 SF Walls | 465.85 Exterior Perimeter of Walls | 4,995.92 SF Walls and Ceiling |
| 4,995.92 Exterior Wall Area | | 465.85 LF Floor Perimeter |
| 4,002.35 Surface Area | 40.02 Number of Squares | 571.77 Total Perimeter Length |
| 111.68 Total Ridge Length | 213.24 Total Hip Length | |

| | TAX | GCO&P | RCV |
|---|---|---|---|
| **Total: Source - EagleView Roof & Walls** | **243.31** | **4,373.56** | **26,241.06** |

**Debris Removal**

| | | |
|---|---|---|
| 0.00 SF Walls | 0.00 SF Ceiling | 0.00 SF Walls & Ceiling |
| 0.00 SF Floor | 0.00 SF Short Wall | 0.00 LF Floor Perimeter |
| 0.00 SF Long Wall | | 0.00 LF Ceil. Perimeter |

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | GCO&P | RCV |
|---|---|---|---|---|---|
| 12. Tandem axle dump trailer - per load - including dump fees | 1.00 EA | 216.33 | 0.00 | 43.26 | 259.59 |
| **Totals: Debris Removal** | | | **0.00** | **43.26** | **259.59** |

**State Farm Claims**

SCHLEIG, ANTHONY 46-92G2-34X

| | | | |
|---|---|---|---|
| **Line Item Totals: 46-92G2-34X** | **243.31** | **4,416.82** | **26,500.65** |

## Grand Total Areas:

| | | |
|---|---|---|
| 4,995.92 SF Walls | | 4,995.92 SF Walls and Ceiling |
| | | 465.85 LF Floor Perimeter |
| 4,995.92 Exterior Wall Area | 465.85 Exterior Perimeter of Walls | |
| 4,002.35 Surface Area | 40.02 Number of Squares | 571.77 Total Perimeter Length |
| 111.68 Total Ridge Length | 213.24 Total Hip Length | |

## Trade Summary

Includes all applicable Tax, General Contractor O&P, and Labor Minimums

| DESCRIPTION | LINE ITEM QTY | REPL. COST TOTAL | GCO&P | ACV | NON-REC. DEPREC. | MAX ADDL. AMT AVAIL. |
|---|---|---|---|---|---|---|
| **DMO GENERAL DEMOLITION** | | | | | | |
| Tandem axle dump trailer - per load - including dump fees | 1.00 EA | $259.59 | $43.26 | $259.59 | $0.00 | $0.00 |
| **TOTAL GENERAL DEMOLITION** | | **$259.59** | **$43.26** | **$259.59** | **$0.00** | **$0.00** |
| **RFG ROOFING** | | | | | | |
| Roofing felt - 15 lb. | 9.03 SQ | $438.27 | $73.04 | $438.27 | $0.00 | $0.00 |
| Additional charge for high roof (2 stories or greater) | 0.33 SQ | $9.79 | $1.64 | $9.79 | $0.00 | $0.00 |
| Remove Additional charge for high roof (2 stories or greater) | 0.33 SQ | $2.35 | $0.40 | $2.35 | $0.00 | $0.00 |
| R&R Metal roofing - High grade | 902.89 SF | $14,563.33 | $2,427.22 | $14,563.33 | $0.00 | $0.00 |
| Eave trim for metal roofing - 29 gauge | 135.46 LF | $937.16 | $156.20 | $937.16 | $0.00 | $0.00 |
| Valley "W" flashing for metal roofing | 22.88 LF | $265.69 | $44.28 | $265.69 | $0.00 | $0.00 |
| R&R Hip / Ridge cap - metal roofing | 12.00 LF | $164.70 | $27.46 | $164.70 | $0.00 | $0.00 |
| Hip / Ridge cap - metal roofing | 9.35 LF | $82.89 | $13.82 | $82.89 | $0.00 | $0.00 |
| R&R Slate roofing - 12" to 18" tall (per SLATE) | 165.00 EA | $9,748.51 | $1,624.76 | $9,748.51 | $0.00 | $0.00 |
| Additional charge for steep roof - 7/12 to 9/12 slope | 0.33 SQ | $22.16 | $3.70 | $22.16 | $0.00 | $0.00 |
| Remove Additional charge for steep roof - 7/12 to 9/12 slope | 0.33 SQ | $6.21 | $1.04 | $6.21 | $0.00 | $0.00 |
| **TOTAL ROOFING** | | **$26,241.06** | **$4,373.56** | **$26,241.06** | **$0.00** | **$0.00** |
| **TOTALS** | | **$26,500.65** | **$4,416.82** | **$26,500.65** | **$0.00** | **$0.00** |

Note: Slight variances may be found within report sections due to rounding

## State Farm Claims

SCHLEIG, ANTHONY 46-92G2-34X

### Recap of Taxes, Overhead and Profit

| | GC Overhead (10%) | GC Profit (10%) | Material Sales Tax (5.3%) | Manuf. Home Tax (5.3%) | Storage Rental Tax (5.3%) | Food Tax (1%) |
|---|---|---|---|---|---|---|
| **Line Items** | 2,208.41 | 2,208.41 | 243.31 | 0.00 | 0.00 | 0.00 |
| **Total** | **2,208.41** | **2,208.41** | **243.31** | **0.00** | **0.00** | **0.00** |

**State Farm Claims**

SCHLEIG, ANTHONY 46-92G2-34X

**Recap by Room**

**Estimate: 46-92G2-34X**

**Area: Source - EagleView Roof & Walls**

| | | |
|---|---|---|
| **Area: Exterior** | | |
| **Roof** | 8,252.44 | 37.78% |
| **Porch Roof** | 13,371.75 | 61.22% |
| **Area Subtotal: Exterior** | 21,624.19 | 99.01% |
| **Area Subtotal: Source - EagleView Roof & Walls** | 21,624.19 | 99.01% |
| **Debris Removal** | 216.33 | 0.99% |
| **Subtotal of Areas** | 21,840.52 | 100.00% |
| **Total** | 21,840.52 | 100.00% |

**State Farm Claims**

SCHLEIG, ANTHONY 46-92G2-34X

**Recap by Category**

| General Contractor O&P Items | Total | % |
|---|---|---|
| GENERAL DEMOLITION | 216.33 | 0.82% |
| ROOFING | 21,624.19 | 81.60% |
| General Contractor O&P Items Subtotal | 21,840.52 | 82.42% |
| Material Sales Tax | 243.31 | 0.92% |
| General Contractor Overhead | 2,208.41 | 8.33% |
| General Contractor Profit | 2,208.41 | 8.33% |
| Total | 26,500.65 | 100.00% |

**State Farm Claims**

SCHLEIG, ANTHONY 46-92G2-34X

**Time & Material Breakdown**

| General Contractor O&P Items | Quantity | Unit Price | Total Cost |
|---|---|---|---|
| **GENERAL DEMOLITION** | | | |
| Contractor Labor - | | | |
| Demolition Laborer | 1.99 HR | 50.720 | 101.14* |
| | | **Labor:** | **101.14** |
| Equipment - | | | |
| Tandem axle dump trailer | 0.04 WK | 602.118 | 23.52* |
| Landfill charge - per ton | 1.67 TN | 55.000 | 91.67* |
| | | **Equipment:** | **115.19** |
| | | **GENERAL DEMOLITION Subtotal:** | **216.33** |
| **ROOFING** | | | |
| Material - | | | |
| 1 1/4" Copper roofing nails, (based on 50 lb box) | 2.72 LB | 20.680 | 56.16* |
| Simplex roofing felt cap nails - (based on 50 lb box) | 6.45 LB | 2.759 | 17.81* |
| Metal roofing - 26 gauge standing seam - High grade | 949.24 SF | 3.481 | 3,304.32* |
| Metal roofing screws w/neoprene washer - 1000 ct. | 2.05 BX | 80.061 | 164.50* |
| 15 lb ASTM roofing felt - 432 SF roll | 2.26 RL | 25.068 | 56.61* |
| Valley "W" flashing - Galv. or painted steel - 24", 26 gauge | 24.10 LF | 2.610 | 62.90 |
| Eave trim for metal roofing - 29 gauge | 142.47 LF | 1.150 | 163.84 |
| Slate roofing | 1.09 SQ | 650.000 | 706.14* |
| Ridge cap for corrugated metal | 22.49 LF | 2.610 | 58.69* |
| | | **Material:** | **4,590.97** |
| Contractor Labor - | | | |
| Demolition Laborer | 10.01 HR | 50.720 | 507.57* |
| Roofer | 104.87 HR | 157.540 | 16,520.48* |
| Demolition Laborer | 0.10 HR | 50.740 | 5.17* |
| | | **Labor:** | **17,033.22** |
| | | **ROOFING Subtotal:** | **21,624.19** |

| | |
|---|---|
| **Material** | **4,590.97** |
| **Labor** | **17,134.36** |
| **Equipment** | **115.19** |
| **General Contractor O&P Items Subtotal** | **21,840.52** |
| Material Sales Tax | 243.31 |
| General Contractor Overhead | 2,208.41 |
| General Contractor Profit | 2,208.41 |
| **Total** | **26,500.65** |

State Farm Claims

SCHLEIG, ANTHONY

46-92G2-34X




1 EastImage.JPG Taken By: EagleView

State Farm Claims

SCHLEIG, ANTHONY 46-92G2-34X




2 NorthImage.JPG Taken By: EagleView

**State Farm Claims**

SCHLEIG, ANTHONY 46-92G2-34X




3 SouthImage.JPG Taken By: EagleView

**State Farm Claims**

SCHLEIG, ANTHONY 46-92G2-34X



4 TopImage.JPG Taken By: EagleView

**State Farm Claims**

SCHLEIG, ANTHONY 46-92G2-34X




5 WestImage.JPG Taken By: EagleView

Source - EagleView Roof & Walls - Exterior




Exterior

Date: 3/24/2026 2:13 PM

# EXHIBIT D

Anthony Schleig
792 Christiansen Drive
Strasburg, VA 22657-2858

May 4, 2026

To: State Farm
One State Farm Plaza
Bloomington , IL 61710
statefarmfireclaims@statefarm.com
844-236-3646 fax

| RE: | | |
|---|---|---|
| | **Insured:** | Anthony Schleig and Melissa Schleig |
| | **DOL:** | 6/25/2025 |
| | **Loss Address:** | 287 W King Street Strasburg, VA 22657-1926 |
| | **Claim #:** | 4692G234X |

**TRANSMITTAL BY EMAIL AND FACSIMILE**

Dear State Farm;

This letter is to notify you that we disagree with the amount of loss you have calculated on the above referenced loss. As a result of our inability to reach a mutually agreeable settlement, we are hereby invoking the appraisal clause of our policy and demanding appraisal.

We have selected Edmund P. Walsh of The Fair Claims Group Inc as our appraiser. Edmund P. Walsh can be reached at:

Edmund P. Walsh
The Fair Claims Group Inc.
10432 Balls Ford Rd
Suite 300
Manassas, VA 20109

Ph: 844-324-3247
ed@fair.claims

We appreciate your prompt attention to this matter. Please notify us, as well as Mr. Walsh, as to who you will be naming as your appraiser within 20 days as specified in the policy. Please include as much contact information you can on this individual so the appraisal process can begin as soon as possible.

[signature] 05/04/2026 [signature] 05/04/2026

Anthony Schleig Melissa Schleig

# EXHIBIT E

*Providing Insurance and Financial Services*
*Home Office, Bloomington, IL*

**State Farm®**

May 6, 2026

Anthony Schleig
Melissa Schleig
287 W King St
Strasburg VA
22657-1926

State Farm Claims
Fire Claims
PO BOX 106170
Atlanta, GA 30348-6170
Fax 844 236 3646

RE: Claim Number: 46-92G2-34X
Insured: Anthony and Melissa Schleig
Date of Loss: August 21, 2025
Policy Number: 46-GB-F258-3
Insured Property: 287 W King St, Strasburg VA, 22657-1926
Type of Policy: HW-2146.1 HOMEOWNERS POLICY

Dear Anthony and Melissa Schleig:

State Farm Fire and Casualty Company acknowledges receipt of the May 5th 2026, demand for appraisal with respect to the above-referenced claim. Please refer to the appraisal provision of the HW-2146.1 HOMEOWNERS POLICY:

**SECTION I – CONDITIONS**

4. **Appraisal.** If ***you*** and ***we*** fail to agree on the amount of loss, either party can demand that the amount of the loss be set by appraisal. Only ***you*** or ***we*** may demand appraisal. A demand for appraisal must be in writing. ***You*** must comply with **SECTION I – CONDITIONS, Your Duties After Loss** before making a demand for appraisal.

   a. Each party will select a competent, disinterested appraiser and notify the other party of the appraiser's identity within 20 days of receipt of the written demand for appraisal.

   b. The appraisers will first select a competent and disinterested umpire. If the appraisers are unable to agree upon an umpire within 15 days:

      (1) ***you*** or ***we*** may make a written application for the appointment of an umpire, to the judge of the circuit court of the county or city in which the damaged property was located at the time of loss;

      (2) the party requesting the selection described in item b.(1) must first provide a copy of the application:

         (a) to ***us*** or ***our*** agent, if the application is filed by ***you***; or

         (b) to ***you***, if the application is filed by ***us***; and

      (3) upon showing, by affidavit or otherwise, the failure or neglect of the appraisers to agree upon and select an umpire within the time specified in the policy, the judge shall upon 21 days' notice to all parties appoint a competent and disinterested person to serve as umpire in determining the amount of loss or damage sustained.

c. The appraisers will then attempt to set the amount of the loss of each item in dispute as specified by each party, and jointly submit to each party a written report of agreement signed by them. In all instances the written report of agreement will be itemized and state separately the actual cash value and loss to each item in dispute.

   The written report of agreement will set the amount of the loss of each item in dispute and will be binding upon ***you*** and ***us***.

d. If the two appraisers fail to agree upon the amount of the loss, they will submit their differences to the umpire.

   A written report of agreement, as required in item c., signed by any two (appraisers or appraiser and umpire) will set the amount of the loss of each item in dispute and will be binding upon ***you*** and ***us***. In all instances the written report of agreement will be itemized and state separately the actual cash value and loss to each item in dispute.

e. Each party will be responsible for the compensation of their selected appraiser. Reasonable expenses of the appraisal and the reasonable compensation of the umpire will be paid equally by ***you*** and ***us***. If the written demand is made by ***us***, then ***we*** will reimburse ***you*** for the reasonable cost of ***your*** appraiser and ***your*** portion of the cost of the umpire.

The above claim was reported to State Farm Fire and Casualty Company October 28th 2025, with a date of loss of August 21st 2025. State Farm has completed the inspection of the property and we have provided our recent estimate which confirms the covered items for this claim. The State Farm estimate represents items that have been covered under the insured's HW2146.1 HOMEOWNERS POLICY.

We received a copy of the estimate from Elite Certified Contractors LLC on April 11th 2026, in the amount of $96,486.85, which establishes the dispute for this claim, and the differences are due to the following:12.62 squares of slate roofing on the south slope, in addition to ice & water barrier, valley metal, step flashing, drip edge, roofing felt, chimney flashing. 5.87 squares of slate roofing on the west slope, in addition to valley metal, step flashing, ice & water barrier, drip edge, chimney flashing. 6.90 squares of slate roofing on the north slope in addition to step flashing, valley metal, ridge vent, ice & water barrier, drip edge. 22 linear feet of gutter / downspout on the lower metal roofThese items present a question of coverage under the policy.

The appraisal provision in the policy is to resolve differences in the price of repairs which State Farm determined were covered. The estimate provided presents a dispute in coverage under the policy and items not covered under this claim. Appraisal cannot be used to resolve disputes regarding coverage provided by the contract. Therefore, appraisal would not be appropriate as outlined above; the appraisers and umpire have no authority to decide questions of coverage.

Please be advised that State Farm is not waiving any other policy coverage's, limitations, exclusions, or provisions, all of which are specifically reserved. Also please review the following policy language:

**SECTION I – CONDITIONS**

6. **Suit Against Us.** No action will be brought against ***us*** unless there has been full compliance with all of the policy provisions. Any action by any party must be started within two years after the date of loss or damage.

If you have any additional questions or concerns regarding the appraisal process that have not been addressed at this point, please contact me at the number listed below.

Sincerely,

Stephen Cockerell
Claim Specialist
(844) 458-4300 ext. 67539
E-mail statefarmfireclaims@statefarm.com
State Farm Fire and Casualty Company

Fax: 1-844-236-3646
statefarmfireclaims@statefarm.com
*For your protection, when emailing State Farm, please do not include sensitive personal information such as Social Security Number, credit/debit card number (financial account number), driver's license number, or health/medical information in an email. Please contact us at to discuss sensitive information.*

---

Take advantage of our self-service options
Go to statefarm.com® to easily review claim status, update communication and claim payment preferences, and many other insurance services.